1
2   Steven W. Fogg, WSBA No. 23528
    CORR CRONIN LLP
3   1015 Second Avenue, Floor 10
    Seattle, WA 98104-1001
4   Ph: (206) 625-8600
5
6
7
8                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON
9
    AMANDA BANTA, SHARP                    No. 2:23-cv-00112-MKD
10  SHOOTING INDOOR RANGE &
    GUN SHOP, INC., THE RANGE, LLC,        MOTION FOR LEAVE TO
11  AERO PRECISION, LLC, and               APPEAR PRO HAC VICE FOR
    NATIONAL SHOOTING SPORTS               PAUL D. CLEMENT
12  FOUNDATION, INC.,
13                                         05/30/2023
              Plaintiffs,                  Without Oral Argument
14
    v.
15
    ROBERT W. FERGUSON,
16  ATTORNEY GENERAL OF THE
    STATE OF WASHINGTON; and
17  JOHN R. BATISTE, CHIEF OF THE
    WASHINGTON STATE PATROL
18
              Defendants.
19
20
21      I, Steven Fogg, counsel of record for Plaintiffs, respectfully move the Court

22  for an Order granting admission pro hac vice to attorney Paul D. Clement to appear

23  in the above-captioned matter as counsel for Plaintiffs pursuant to Local Rule 83.2(c).

24  I am a licensed member in good standing of the State of Washington bar (WSBA

25  No. 23528) and this Court.

    MOTION FOR LEAVE TO                              **CORR CRONIN LLP**
    APPEAR PRO HAC VICE- 1                    1015 Second Avenue, Floor 10
                                              Seattle, Washington 98104-1001
                                                      Tel (206) 625-8600
                                                      Fax (206) 625-0900

1    Paul D. Clement's qualifications for pro hac admission and other information

2  required by Local Rule 83.2(c)(3) are set forth below:

3        A.      Applicant's address and phone number:

4

5        Paul D. Clement
         Clement & Murphy, PLLC
6        706 Duke Street
         Alexandria, VA 22314
7        (202) 742-8900

8        B.      Dates of admission to practice before other courts:

9

| Court | Admission Date |
|---|---|
| Virginia State Bar | 10/06/1994 |
| District of Columbia Bar | 05/03/1996 |
| Wisconsin State Bar | 05/29/2003 |
| Supreme Court of the United States Bar | 01/24/2000 |
| U.S. Court of Appeals for the First Circuit | 08/06/2010 |
| U.S. Court of Appeals for the Second Circuit | 11/10/2003 |
| U.S. Court of Appeals for the Third Circuit | 08/02/2011 |
| U.S. Court of Appeals for the Fourth Circuit | 03/30/2000 |
| U.S. Court of Appeals for the Fifth Circuit | 09/28/2009 |
| U.S. Court of Appeals for the Sixth Circuit | 03/02/2000 |
| U.S. Court of Appeals for the Seventh Circuit | 01/09/20001 |
| U.S. Court of Appeals for the Eighth Circuit | 09/03/1996 |
| U.S. Court of Appeals for the Ninth Circuit | 06/14/2002 |
| U.S. Court of Appeals for the Tenth Circuit | 03/22/2000 |
| U.S. Court of Appeals for the Eleventh Circuit | 01/27/2009 |
| U.S. Court of Appeals for the District of Columbia Circuit | 07/31/1996 |
| U.S. Court of Appeals for the Federal Circuit | 04/19/2000 |
| U.S. Court of Federal Claims | 11/03/2016 |
| U.S. District Court for the District of Columbia | 09/29/2009 |

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 2

1

| U.S. District Court for the Northern District of Florida | 05/01/2015 |

2

3    C.    Name, address, and phone number of admitted counsel with whom the

4    applicant is associated.

5         Steven Fogg
          Corr Cronin LLP
6         1015 Second Avenue, Floor 10
          Seattle, WA 98104-1001
7         (206) 625-8600

8    D.    The necessity for appearance by the applicant.

9         Given his experience and the focus of his practice, Paul D. Clement's

10   participation in this action would benefit Plaintiffs and would assist in ensuring a

11   fair and efficient resolution of this matter.

12   E.    Whether the applicant has any pending disciplinary sanction actions or

13   has ever been subject to disciplinary sanctions by any court or bar association.

14        Mr. Clement does not have any pending disciplinary sanctions against him,

15   nor has he ever been subject to any disciplinary sanctions by any court or bar

16   admission.

17        WHEREFORE, we respectfully request that the Court admit Paul D. Clement

18   to appear pro hac vice in this action as counsel for Plaintiffs.

19        DATED this 27th day of April, 2023.

20        CORR CRONIN LLP

21
          _s/ Steven W. Fogg_____
22        Steven W. Fogg, WSBA No. 23528
          CORR CRONIN LLP
23        1015 Second Avenue, Floor 10
          Seattle, Washington  98104-1001
24        Ph: (206) 625-8600 | Fax: (206) 625-0900
          sfogg@corrcronin.com
25

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 3

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Paul D. Clement *(pro hac vice forthcoming)*
Erin E. Murphy *(pro hac vice forthcoming)*
Matthew D. Rowen *(pro hac vice forthcoming)*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiffs*

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have also served the foregoing with the complaint on all defendants when accomplishing service of process.

DATED this 27th day April, 2023.

s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

MOTION FOR LEAVE TO
APPEAR PRO HAC VICE- 5

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900