R. July Simpson, WSBA #45869
*Assistant Attorney General*
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| AMANDA BANTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, et al., <br><br> Defendants. | NO. 2:23-cv-00112 <br><br> NOTICE OF APPEARANCE |

TO: Steven W. Fog, Attorney for Plaintiffs;

AND TO: Clerk of the Above-Entitled Court.

YOU AND EACH OF YOU will please take notice that Assistant Attorney General R. July Simpson hereby enters her appearance as counsel of record in the above-entitled action for defendants Robert W. Ferguson, Attorney General of the State of Washington, and John R. Batiste, Chief of the Washington State Patrol; and without waiving objections as to improper service, jurisdiction, or venue, request that notice of any and all further proceedings in said action be served upon the undersigned attorney at the address stated below.

NOTICE OF APPEARANCE
NO. 2:23-CV-00112

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**TRANSMISSION BY FAX OR BY ELECTRONIC MAIL DOES NOT CONSTITUTE SERVICE, UNLESS AGREED IN WRITING OR UNLESS OTHERWISE REQUIRED BY COURT RULE.**

DATED this 28th day of April, 2023.

ROBERT W. FERGUSON
Attorney General

*R. July Simpson*
R. JULY SIMPSON, WSBA #45869
Assistant Attorney General
1250 Pacific Avenue, Suite 105
Tacoma, WA 98402
July.Simpson@atg.wa.gov

*Attorney for State Defendants*

NOTICE OF APPEARANCE
NO. 2:23-CV-00112

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 28th day of April, 2023, at Seattle, Washington.

*/s/ R. July Simpson*
R. JULY SIMPSON, WSBA #45869

Assistant Attorney General

NOTICE OF APPEARANCE
NO. 2:23-CV-00112

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744