Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC., THE RANGE, LLC, AERO PRECISION, LLC, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON; and JOHN R. BATISTE, CHIEF OF THE WASHINGTON STATE PATROL<br><br>Defendants. | No. 2:23-cv-00112-MKD<br><br>PLAINTIFF NATIONAL SHOOTING SPORTS FOUNDATION, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff National Shooting Sports Foundation, Inc. makes the following disclosure:

Plaintiff National Shooting Sports Foundation, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 1

DATED this 1st day of May, 2023.

                    CORR CRONIN LLP

                    *s/ Steven W. Fogg*
                    Steven W. Fogg, WSBA No. 23528
                    CORR CRONIN LLP
                    1015 Second Avenue, Floor 10
                    Seattle, Washington 98104-1001
                    Ph: (206) 625-8600 | Fax: (206) 625-0900
                    sfogg@corrcronin.com

                    Paul D. Clement (*pro hac vice pending*)
                    Erin E. Murphy (*pro hac vice pending*)
                    Matthew D. Rowen (*pro hac vice pending*)
                    Mariel A. Brookins (*pro hac vice pending*)
                    CLEMENT & MURPHY, PLLC
                    706 Duke Street
                    Alexandria, VA 22314
                    Ph: (202) 742-8900
                    paul.clement@clementmurphy.com
                    erin.murphy@clementmurphy.com
                    matthew.rowen@clementmurphy.com
                    mariel.brookins@clementmurphy.com

                    *Attorneys for Plaintiffs*

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# CERTIFICATE OF SERVICE

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 1st day of May, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900