Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AMANDA BANTA, SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC., THE RANGE, LLC, AERO PRECISION, LLC, and NATIONAL SHOOTING SPORTS FOUNDATION, INC.,

Plaintiffs,

v.

ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON; and JOHN R. BATISTE, CHIEF OF THE WASHINGTON STATE PATROL,

Defendants.

No. 2:23-cv-00112-MKD

JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFING

06/01/2023
Without Oral Argument

Plaintiffs Amanda Banta, Sharp Shooting Indoor Range & Gun Shop, Inc., The Range, LLC, Aero Precision, LLC, and the National Shooting Sports Foundation, Inc. (collectively, "Plaintiffs") challenge Washington's newly enacted assault weapons ban, HB 1240, under the Second Amendment. Plaintiffs and Defendants Attorney General Robert Ferguson and Washington State Patrol Chief

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

John R. Batiste (collectively, "Parties") bring this joint motion regarding Plaintiffs' planned motion for a preliminary injunction.

Plaintiffs intend to file a Motion for Preliminary Injunction in this matter and Defendants intend to oppose it. The Parties anticipate needing more than the 10 pages allowed under LCR 7(f)(2)–(3) to adequately address the legal standard for seeking a preliminary injunction. The Parties jointly request, pursuant to LCR 7(f)(5), that the Court expand the page limits for Plaintiff's Motion for Preliminary Injunction, Defendant's Response, and Plaintiff's Reply, for the reasons and in the manner set forth below.

Plaintiffs' Motion (and subsequent briefing) will involve a preliminary examination of the merits of Plaintiffs' claims. The U.S. Supreme Court recently established a new test for evaluating state firearm regulations under the Second Amendment. *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S.Ct. 2111, 2127 (2022). The Supreme Court rejected the two-part test adopted by a majority of the circuit courts of appeals (including the Ninth Circuit). *Id.* at 2126. Instead, under the test enunciated in *Bruen*, the first question is whether "the Second Amendment's plain text covers an individual's conduct" as relevant to the regulation. *Id.* If the Second Amendment covers the prohibited conduct, the regulation may be upheld only if it is "consistent with this Nation's historical tradition of firearm regulation." *Id.*

To evaluate whether the New York State regulation at issue in *Bruen* met the second part of this test, the Supreme Court surveyed hundreds of years of history from 1285 (*id.* at 2139) to the present. Given the expansiveness and complexity of the analysis contemplated by *Bruen*, and the lack of controlling precedent applying it, the 10 pages allowed by LCR 7(f) is not adequate to brief Plaintiffs' likelihood of

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

success on the merits along with the remaining preliminary injunction factors. Defendants will likewise need adequate space to adequately address these issues and respond to Plaintiffs' arguments.

Accordingly, the Parties have conferred and jointly submit that good cause exists to modify the page limits as indicated below, and respectfully ask the Court to grant the following page limits:

- Plaintiffs' Motion for Preliminary Injunction: 25 pages
- Defendants' Response: 25 pages
- Plaintiffs' Reply: 13 pages

Pursuant to LCR 7(c)(2)(B) and LCR 7(d)(2)(B), a response shall normally be filed within 14 days after the filing of a nondispositive motion, and a reply shall normally be filed within 7 days after the filing of the response. The Parties have conferred and jointly request that the Court extend the time for the Parties to file response and reply briefs, as detailed below:

- Defendants' Response to be due 28 days after the filing of Plaintiffs' Motion for Preliminary Injunction;
- Plaintiffs' Reply to be due 14 days after the filing of Defendants' Response;
- The date of the hearing for Plaintiffs' Motion should be at least 49 days after the motion's filing.

For the foregoing reasons, the Parties respectfully request that the Court grant their joint motion.

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 2nd day of May, 2023.

CORR CRONIN LLP

*s/ Steven W. Fogg*

Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

Paul D. Clement (*pro hac vice pending*)
Erin E. Murphy (*pro hac vice pending*)
Matthew D. Rowen (*pro hac vice pending*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiffs*

JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES- 4

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

ROBERT W. FERGUSON
*Attorney General*

*s/ R. July Simpson (email approval)*
William McGinty, WSBA No. 41868
Andrew R.W. Hughes, WSBA No. 49515
R. July Simpson, WSBA No. 45869
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Ph: (206) 464-7744
andrew.mcginty@atg.wa.gov
andrew.hughes@atg.wa.gov
july.simpson@atg.wa.gov

*Attorneys for Defendants*

JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES- 5

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED at Seattle, Washington on 2nd day of May, 2023.

*s/ Megan Johnston*
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900