Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC., THE RANGE, LLC, AERO PRECISION, LLC, and NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON; and JOHN R. BATISTE, CHIEF OF THE WASHINGTON STATE PATROL,<br><br>Defendants. | No. 2:23-cv-00112-MKD<br><br>ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFING<br><br>[PROPOSED] |

This matter came before the Court on the parties' Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing ("Joint Motion"). The Court having considered the parties' Joint Motion and the record on file herein, now, therefore,

IT IS HEREBY ORDERED that:

ORDER GRANTING JOINT
MOTION TO EXCEED PAGE LIMITS
AND EXTEND DEADLINES - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1. The Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing is GRANTED;

2. Page Limits on the briefing in support of and opposition to Plaintiffs' Motion for Preliminary Injunction are extended to:

- Plaintiffs' Motion for Preliminary Injunction: 25 pages;
- Defendants' Response: 25 pages;
- Plaintiffs' Reply: 13 pages;

3. The briefing schedule for Plaintiffs' Motion for Preliminary Injunction are extended to:

- Defendants' Response to be due 28 days after the filing of Plaintiffs' Motion for Preliminary Injunction;
- Plaintiffs' Reply to be due 14 days after the filing of Defendants' Response;
- The date of the hearing for Plaintiffs' Motion should be at least 49 days after the motion's filing.

IT IS SO ORDERED.

DATED this ___ day of May, 2023.

_____
THE HONORABLE MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES - 2

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

Paul D. Clement *(pro hac vice pending)*
Erin E. Murphy *(pro hac vice pending)*
Matthew D. Rowen *(pro hac vice pending)*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiffs*

ROBERT W. FERGUSON
    Attorney General

*s/ R. July Simpson (email approval)*
William McGinty, WSBA No. 41868
Andrew R.W. Hughes, WSBA No. 49515
R. July Simpson, WSBA No. 45869
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Ph: (206) 464-7744
andrew.mcginty@atg.wa.gov
andrew.hughes@atg.wa.gov
july.simpson@atg.wa.gov

*Attorneys for Defendants*

ORDER GRANTING JOINT
MOTION TO EXCEED PAGE LIMITS
AND EXTEND DEADLINES - 3

**Corr Cronin llp**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

    I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

    DATED at Seattle, Washington on 2nd day of May, 2023.

<u>*s/ Megan Johnston*</u>
Megan Johnston, Legal Assistant
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104
Phone: (206) 625-8600
Email: mjohnston@corrcronin.com

ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES - 4

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900