FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA; SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC.; THE RANGE LLC; AERO PRECISION LLC; NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington; JOHN R. BATISTE, Chief of the Washington State Patrol,<br><br>Defendants. | No. 2:23-CV-00112-MKD<br><br>ORDER GRANTING JOINT MOTION TO EXCEED PAGE LIMITS AND EXTEND DEADLINES FOR MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFING<br><br>**ECF No. 14** |

Before the Court is the parties' Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing, ECF No. 14. Plaintiffs represent that they intend to file a Motion for Preliminary Injunction. The parties jointly request expanded page limits for briefing and an extended briefing schedule. The Court has reviewed the record and the motion and finds good cause to grant the request. *See* LCivR 7(c)-(d), (f). The parties ask that

ORDER - 1

the date of a hearing on the motion for preliminary injunction be at least 49 days after filing. Pursuant to LCivR 7(i), hearing dates are determined after conferring with the opposing parties and the courtroom deputy. At the time of filing, Plaintiffs shall note a mutually agreeable date for the hearing.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion to Exceed Page Limits and Extend Deadlines for Motion for Preliminary Injunction and Related Briefing, **ECF No. 14**, is **GRANTED.**

2. Plaintiffs' Motion for Preliminary Injunction shall not exceed **25 pages.**

3. Defendants shall have **28 days** from the filing of Plaintiffs' Motion for Preliminary Injunction to file a Response. The Response shall not exceed **25 pages.**

4. Plaintiffs shall have **14 days** from the filing of Defendants' Response to file a Reply. The Reply shall not exceed **13 pages.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED May 3, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2