AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| Amanda Banta et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00112-MKD |
| Robert W. Ferguson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Robert W. Ferguson and John R. Batiste.

Date: 05/11/2023

s/ Kristin Beneski
*Attorney's signature*

Kristin Beneski, #45478
*Printed name and bar number*

800 Fifth Avenue, Suite 2000
Seattle, WA 98104

*Address*

kristin.beneski@atg.wa.gov
*E-mail address*

(206) 464-7744
*Telephone number*

N/A
*FAX number*