Andrew R.W. Hughes, WSBA #49515
R. July Simpson, WSBA #45869
William McGinty, WSBA #41868
*Assistant Attorneys General*
Kristin Beneski, WSBA #45478
*First Assistant Attorney General*
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000 Seattle, WA 98104
(206) 464-7744

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| AMANDA BANTA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington, et al.,<br><br>Defendants. | NO. 2:23-cv-00112-MKD<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER<br><br>Without Oral Argument 06/12/2023 |

## I.   STIPULATION

The Parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. Under Federal Rule of Civil Procedure 12(a) Defendants' current date for filing and serving a response to Plaintiffs' complaint is May 18, 2023.

2. Plaintiffs have filed a motion for a preliminary injunction

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00112

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  (ECF No. 16), and the parties have conferred regarding that Motion and agreed to
2  a briefing schedule and an extension of page limits, which the court has granted
3  (*see* ECF No. 15).

4    3.    It would not prejudice Plaintiffs to extend Defendants' deadline to
5  answer until after the Motion for Preliminary Injunction is heard by this Court.
6  Accordingly, the Parties stipulate that Defendants may answer, or otherwise
7  respond to Plaintiffs' complaint, no later than 21 calendar days after the date on
8  which Plaintiffs' Motion for Preliminary Injunction is ruled on by this Court.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

ROBERT W. FERGUSON
Attorney General

*s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
KRISTIN BENESKI, WSBA # 45478
First Assistant Attorney General
Andrew.hughes@atg.wa.gov
July.simpson@atg.wa.gov
William.mcginty@atg.wa.gov
Kristin.Beneski@atg.wa.gov
*Attorneys for State Defendants*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00112

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

CORR CRONIN LLP

*s/ Steven W. Fogg*
STEVEN W. FOGG, WSBA No. 23528
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
(206) 625-8600
sfogg@corrcronin.com

CLEMENT & MURPHY PLLC
Paul D. Clement *(pro hac vice)*
Erin E. Murphy *(pro hac vice)*
Matthew D. Rowen *(pro hac vice)*
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00112

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## II.   ORDER

IT IS HEREBY ORDERED THAT:

1. The stipulation of the parties is APPROVED AND ADOPTED. Defendants' deadline for responding to Plaintiffs' Complaint (ECF No. 1) under Federal Rule of Civil Procedure 12 is extended to 21 calendar days after a ruling of Plaintiffs' Motion for Preliminary Injunction.

DATED this _____ day of _____, 2023.

_____
The Honorable Mary K. Dimke
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00112

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 11th day of May, 2023, at Seattle, Washington.

*/s/ Andrew R.W. Hughes*
ANDREW R.W. HUGHES, WSBA #49515
Assistant Attorney General

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO ANSWER
NO. 2:23-CV-00112

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744