1 ZACHARY J. PEKELIS, WSBA #44557
2 KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
3 1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
4 (206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT J. FERGUSON, *et al.*,<br><br>    Defendants. | No. 2:23-cv-00112-MKD<br><br>NOTICE OF APPEARANCE FOR PROPOSED INTERVENOR-DEFENDANT ALLIANCE FOR GUN RESPONSIBILITY |

TO: CLERK OF THE COURT

AND TO: All Parties of Record

PLEASE TAKE NOTICE that Proposed Intervenor-Defendant Alliance for Gun Responsibility, without waiving any defenses or objections, hereby enters its appearance through the undersigned attorneys. You are hereby notified that service of all further pleadings, notices, documents or other papers, exclusive of process,

NOTICE OF APPEARANCE
Case No. 2:23-cv-00112-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

may be had upon it by serving the undersigned attorneys of record at the address stated below.

DATED this 11th day of May, 2023.

PACIFICA LAW GROUP LLP

By: *s/ Zachary J. Pekelis*
Zachary J. Pekelis, WSBA # 44557

By: *s/ Kai A. Smith*
Kai A. Smith, WSBA # 54749

*Attorneys for Proposed Intervenor-Defendant Alliance for Gun Responsibility*

NOTICE OF APPEARANCE
Case No. 2:23-cv-00112-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

On the 11th day of May, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion to Intervene upon all counsel registered for e-service.

DATED this 11th day of May, 2023.

_____
Erica Knerr

NOTICE OF APPEARANCE
Case No. 2:23-cv-00112-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750