ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, *et al.*,<br><br>　　　　Defendants. | No. 2:23-cv-00112-MKD<br><br>DECLARATION OF KAI A. SMITH IN SUPPORT OF MOTION TO INTERVENE<br><br>**NOTED ON MOTION CALENDAR:**<br>June 12, 2023<br>Without Oral Argument |

1.  I am a partner at Pacifica Law Group LLP, and attorney of record in the above-captioned matter for Proposed Intervenor-Defendant Alliance for Gun Responsibility ("the Alliance"). I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge of the facts stated herein.

2.  Attached as Exhibit A is a true and correct copy of the Declaration of Renee Hopkins filed in *Guardian Arms LLC v. Inslee*, No. 23-2-00377-13 (Grant Cnty. Super. Ct.).

　　I declare under penalty of perjury that the foregoing is true and correct.

MOTION TO INTERVENE
Case No. 2:23-cv-00112-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1    EXECUTED this 11th day of May, 2023, at Seattle, Washington.

*s/ Kai A. Smith*
KAI A. SMITH, WSBA #54749

MOTION TO INTERVENE
Case No. 2:23-cv-00112-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

On the 11th day of May, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion to Intervene upon all counsel registered for e-service.

DATED this 11th day of May, 2023.

_____
Erica Knerr

MOTION TO INTERVENE
Case No. 2:23-cv-00112-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF GRANT

| | |
|---|---|
| GUARDIAN ARMS LLC, a Washington limited liability company, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> JAY INSLEE, in his official capacity as Governor of Washington, *et al.*, <br><br> Respondents. | No. 23-2-00377-13 <br><br> DECLARATION OF RENEÉ HOPKINS IN SUPPORT OF ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS DEFENDANT |

DECL. OF RENEÉ HOPKINS ISO ALLIANCE
MOTION TO INTERVENE AS DEFENDANT

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1. I am over the age of 18, am competent to testify, and offer this declaration based on my personal knowledge.

2. I am the Chief Executive Officer of the Alliance for Gun Responsibility ("Alliance"). The Alliance is a nonprofit organization based in Seattle, Washington, that is dedicated to ending gun violence and promoting a culture of gun ownership that balances rights with responsibilities. The Alliance collaborates with experts, civic leaders, and citizens at the local and national level to identify and advocate for evidence-based solutions to the crisis of gun violence. The Alliance then promotes those solutions at the local, regional, and state levels.

3. The Alliance has successfully led statewide coalitions to pass several landmark ballot measures to improve Washington's firearm laws. Those measures include Initiative Measure 594, which required background checks for all gun sales, closing a loophole that had allowed sales by "private sellers" at gun shows, on the internet, and in other situations without background checks. They also include Initiative Measure 1491, which allowed courts to issue Extreme Risk Protections Orders (ERPOs) at the request of law-enforcement officers, family members, and others to keep firearms out of the hands of someone deemed a danger to themselves or others. And in 2018, the Alliance successfully led the campaign—through a political committee we established, Safe Schools Safe Communities—for Initiative Measure 1639, which established requirements for firearm safety training, adopted a 10-day waiting period to purchase a semi-automatic assault rifles, and raised the age for purchase of semi-automatic assault rifles from 18 to 21.

4. The Alliance successfully intervened to defend the legality of both I-594 and I-1639.

5. The Alliance has also worked with the Washington legislature to pass common-sense firearms laws.  For example, the Alliance spent over six years working to pass what became Engrossed Senate Bill 5078 ("ESSB 5078"), a law regulating large-capacity magazines that was signed into law on March 23, 2022 and went into effect on July 1, 2022. The Alliance has intervened in two lawsuits challenging the legality of ESSB 5078. The same session, the Alliance

DECL. OF RENEÉ HOPKINS ISO ALLIANCE
MOTION TO INTERVENE AS DEFENDANT - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

successfully advocated for five other vital gun violence prevention bills, including HB 1630 (which prohibited open carry of firearms at public meetings of local government entities), and HB 1705 (which restricted ghost guns—unserialized and untraceable firearms).

6. The Alliance also spent more than seven years working to enact the restrictions on assault weapons that ultimately were contained in Substitute House Bill 1240 ("SHB 1240"). The Alliance actively assisted in policy research and development, assisted in drafting proposed bill language, and recruited experts to provide analysis of and legislative testimony on the special dangers of assault weapons and the efficacy of restrictions on their sale and distribution. Furthermore, the Alliance was the primary organizer of public support for passage of SHB 1240, developing fact-sheets, policy analysis, and other advocacy content for its website, email lists, social media, and other forums for public engagement. Among other efforts, the Alliance coordinated thousands of advocates in support of the bill and tens of thousands of communications made directly to legislators. Alliance supporters were a major presence at the state capitol during the legislative session (easily recognizable in our orange t-shirts). The Alliance also organized testimony in support of SHB 1240 from numerous people with firsthand experience with gun violence, including survivors, health care providers, law enforcement officials, veterans, and educators. Alliance staff and board members also testified in support of the bill.

7. After more than seven years of investment and hard work, the Washington Legislature passed SHB 1240, and on April 25, 2023, Governor Jay Inslee signed the bill into law. I and other members of the Alliance were in attendance at the signing ceremony.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of May, 2023.

*Renée Hopkins*
Renée Hopkins, CEO
Alliance for Gun Responsibility

DECL. OF RENEÉ HOPKINS ISO ALLIANCE
MOTION TO INTERVENE AS DEFENDANT - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I certify that I filed with the Court and electronically served a copy of this document on all parties on the date below as follows:

Pete Serrano
Silent Majority Foundation
5238 Outlet Dr.
Pasco, WA 99301
Email: pete@smfjb.org

Austin Hatcher
Hatcher Law, PLLC
11616 N Market Street #1090
Mead, WA 99021
Email: austin@hatcherlawpllc.com

Hughes, Andrew (ATG)
Simpson, July (ATG)
'McGinty, William (ATG)
Office of the Attorney General
Email: Andrew.Hughes@atg.wa.gov
       July.Simpson@atg.wa.gov
       William.Mcginty@atg.wa.gov

Kevin J. McCrae
Prosecuting Attorney
Grant County
Email: kjmccrae@grantcountywa.gov

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 1st day of May, 2023, at Seattle, Washington.

*s/Erica Knerr*
Erica Knerr, Legal Asst.

DECL. OF RENEÉ HOPKINS ISO ALLIANCE
MOTION TO INTERVENE AS DEFENDANT - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750