FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA; SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC.; THE RANGE LLC; AERO PRECISION LLC; NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington; JOHN R. BATISTE, Chief of the Washington State Patrol, <br><br> Defendants. | No. 2:23-CV-00112-MKD <br><br> ORDER GRANTING STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO ANSWER <br><br> **ECF No. 22** |

Before the Court is the parties' Stipulation and Proposed Order Extending Deadline to Answer, ECF No. 22.  The parties seek an extension of time for Defendants to file an answer.  Fed. R. Civ. P. 12(a)(1)(A)(i) provides that an answer must be served within 21 days of service of the summons and complaint.  The parties stipulate that Defendants may answer or otherwise respond to

ORDER - 1

Plaintiffs' Complaint 21 days after the Court rules upon the pending Motion for Preliminary Injunction.

Fed. R. Civ. P. 6(b) provides that the Court may extend the time to act as required elsewhere in the rules for good cause where a request to extend is made before the time to act expires. The Court has reviewed the record and the stipulation and finds good cause to grant the request.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Proposed Order Extending Deadline to Answer, **ECF No. 22**, is **GRANTED.**

2. The time for Defendants to file an answer is **EXTENDED** to 21 days following a ruling on Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.** The District Court Executive is directed to file this order and provide copies to the parties.

DATED May 15, 2023.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER - 2