ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, *et al.*,<br><br>        Defendants. | No. 2:23-cv-00112-MKD<br><br>MOTION TO EXPEDITE ALLIANCE FOR GUN RESPONSIBILITY'S MOTION TO INTERVENE AS DEFENDANT<br><br>**NOTED ON MOTION CALENDAR:**<br>May 23, 2023<br>Without Oral Argument |

Proposed Intervenor-Defendant Alliance for Gun Responsibility ("Alliance") respectfully requests that this Court expedite consideration of its now-unopposed Motion to Intervene and decide the motion on May 23, 2023.

On May 11, 2023, the Alliance filed its Motion to Intervene, noting it for June 12, 2023. ECF No. 25. At the time, the motion was not unopposed. Although counsel to Plaintiffs had informed the Alliance that Plaintiffs did not oppose the motion "on the understanding that the intervention will not create an imbalance in the pages or

MOTION TO EXPEDITE
MOTION TO INTERVENE
Case No. 2:23-cv-00112-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

argument time allotted to each side," counsel to Defendants Robert Ferguson and John Batiste ("State Defendants") had not yet informed the Alliance of their clients' position. Since then, counsel to State Defendants have confirmed that State Defendants do not oppose the motion.

Given that the Motion to Intervene is now unopposed, and consistent with the guidance provided by Cora Vargas in her May 16, 2023 email to counsel, the Alliance moves to expedite consideration of its Motion to Intervene. Plaintiffs and State Defendants do not oppose this Motion to Expedite.

DATED this 18th day of May, 2023.

PACIFICA LAW GROUP LLP

*s/ Kai A. Smith*
ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
1191 2nd Avenue, Suite 2000
Seattle, WA  98101-3404
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com
Kai.Smith@PacificaLawGroup.com

*Attorneys for Proposed Intervenor-Defendant Alliance for Gun Responsibility*

MOTION TO EXPEDITE
MOTION TO INTERVENE
Case No. 2:23-cv-00112-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

**CERTIFICATE OF SERVICE**

On the 18th day of May, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Motion to Expedite upon all counsel registered for e-service.

DATED this 18th day of May, 2023.

_____
Erica Knerr

MOTION TO EXPEDITE
MOTION TO INTERVENE
Case No. 2:23-cv-00112-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750