FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA; SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC.; THE RANGE LLC; AERO PRECISION LLC; NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington; JOHN R. BATISTE, Chief of the Washington State Patrol, <br><br> Defendants. <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Defendant-Intervenor. | No. 2:23-CV-00112-MKD <br><br> ORDER GRANTING MOTION TO INTERVENE AND MOTION TO EXPEDITE <br><br> **ECF Nos. 25, 28** |

Before the Court is nonparty the Alliance for Gun Responsibility's Motion to Intervene, ECF No. 25, and related Motion to Expedite, ECF No. 28. The

ORDER - 1

Alliance for Gun Responsibility seeks to intervene as a defendant in this matter. With its Motion to Expedite, the Alliance informs the Court that intervention is not opposed. ECF No. 28 at 1-2.

In a separate matter, *Brumback, et al. v. Ferguson, et al.*, No. 1:22-CV-03093-MKD, the Court granted a similar request to intervene from the same intervenor. 343 F.R.D. 335 (E.D. Wash. 2022). In that Order, the Court denied intervention by right pursuant to Fed. R. Civ. P. 24(a) and granted intervention by permission pursuant to Fed. R. Civ. P. 24(b). Given the similar nature of the cases, the lack of opposition, and referring to the Court's analysis in *Brumback*, the Court grants the Alliance permission to intervene in this case pursuant to Fed. R. Civ. P. 24(b).

The Alliance "intends to file a proposed answer by May 25, 2023." ECF No. 25 at 11-12 n.2. The Court's May 15, 2023 Order extended the date for Defendants to file an Answer to 21 days following a ruling on Plaintiffs' Motion for Preliminary Injunction. Pursuant to the Court's May 3, 2023 Order, the time to respond to Plaintiffs' Motion for Preliminary Injunction is June 1, 2023, and the time to reply is June 15, 2023. ECF No. 15. The Alliance explains that is seeks to "participate from the case's early stages without disrupting or delaying the proceedings or prejudicing any party." ECF No. 25 at 10. Therefore, the Alliance is directed to adhere to the previously entered briefing schedule if it seeks to

ORDER - 2

respond to Plaintiffs' Motion for Preliminary Injunction.  Plaintiffs may file a single reply to any responses to their Motion for Preliminary Injunction.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Alliance for Gun Responsibility's Motion to Intervene, **ECF No. 25**, is **GRANTED.**  The related Motion to Expedite, **ECF No. 28**, is **GRANTED.**

2. The Alliance for Gun Responsibility shall be allowed to proceed as Defendant-Intervenor in this matter.

3. The District Court Executive is **DIRECTED** to amend the case caption as set forth in the caption of this Order.

4. Defendant-Intervenor shall adhere to the briefing schedule set for the in the May 3, 2023 Order, ECF No. 15.

5. Defendant-Intervenor shall file their Answer 21 days following a ruling on Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order and provide copies to the parties.

DATED May 19, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3