1    Andrew R.W. Hughes, WSBA #49515
     R. July Simpson, WSBA #45869
2    William McGinty, WSBA #41868
     *Assistant Attorneys General*
3    Kristin Beneski, WSBA # 45478
     *First Assistant Attorney General*
     Washington Attorney General's Office
4    800 Fifth Avenue, Suite 2000
     Seattle, WA 98104
5    (206) 464-7744

6              **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF WASHINGTON**
7                     **AT SPOKANE**

8    AMANDA BANTA, et al.,              NO. 2:23-cv-00112

9                    Plaintiffs,        DECLARATION OF RYAN BUSSE
                                        IN SUPPORT OF STATE
10          v.                          DEFENDANTS' OPPOSITION TO
                                        MOTION FOR PRELIMINARY
11   ROBERT W. FERGUSON, Attorney       INJUNCTION
     General of the State of Washington,
12   et al.,

13                   Defendants.

14        I, Ryan Busse, declare as follows:

15        1.    I am over the age of 18, competent to testify as to the matters herein,

16   and make this declaration based on my personal knowledge. I am a former senior

17   executive in the firearms industry and the author of Gunfight: My Battle Against

18   the Industry that Radicalized America (New York: PublicAffairs, 2021).

19        2.    This declaration is based on my own personal knowledge and

DECLARATION OF RYAN BUSSE IN          1          ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF DEFENDANT'S                                Complex Litigation Division
OPPOSITION TO MOTION FOR                            800 5th Avenue, Suite 2000
PRELIMINARY INJUNCTION                               Seattle, WA 98104-3188
NO. 2:23-CV-00112                                       (206) 464-7744

1    experience, and if I am called to testify as a witness, I could and would testify

2    competently to the truth of the matters discussed in this declaration.

3    ## I.    BACKGROUND AND QUALIFICATIONS

4        3.    I was raised with firearms as an integral part of my life. I began

5    shooting with various guns as a young boy and continued to regularly use and

6    study guns throughout my life (I am now 53). After graduating college, I entered

7    the firearms industry in 1992. I became a sales executive in the firearms industry

8    in 1995, and I spent more than 25 years in this role. While in the industry, I

9    developed innovative sales teams, maintained relationships with the largest

10    national retailers, and was responsible for worldwide sales of millions of

11    firearms. I built a dealer-direct sales network that included more than 2500

12    firearms dealers including locations in all 50 states, and I regularly visited these

13    dealers. In my job, I also studied and built sales programs that relied on

14    understanding the technical nature of most firearms available in the U.S. market,

15    including AR platform guns and other types of rifles. During my career, I played

16    an integral role in building one of the largest firearms companies in the United

17    States, Kimber, and I was nominated by shooting industry leadership many times

18    for the SHOT Business "Shooting Industry Person of the Year" Award. I served

19    in an executive sales capacity as Vice President of Sales until August 2020. While

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    in the industry I served as an advisor to the United States Senate Sportsmen's

2    Caucus, and as the North American board chairman for Backcountry Hunters &

3    Anglers, a national wildlife conservation and hunting organization.

4        4.    I left the firearms industry because I was concerned about what I

5    believed to be irresponsible and dangerous marketing and sales practices. Since

6    I left, I have served as an advisor to the 2020 Biden presidential campaign, I have

7    testified twice before the U.S. Congress about the firearms industry and gun

8    policy (before the House Committee on Oversight and Reform and the Joint

9    Economic Committee, respectively), I have been called to testify in closed door

10   briefings at the U.S. Senate, and I currently serve as a Senior Advisor to Giffords.

11   I remain a proud and active gun owner, outdoorsman, and advocate for

12   responsible gun ownership. I have provided expert witness testimony in *Miller v.*

13   *Bonta*, No. 3:19-cv-01536-BEN-JLB (S.D. Cal.); *Duncan v. Bonta*, No. 3:17-cv-

14   1017-BEN-JLB (S.D. Cal.); *Oregon Firearms Federation Inc. v. State of Oregon*,

15   Case No, 2:22-cv-01815-IM (D. Oregon); *National Association for Gun Rights*

16   *v. City of Highland Park. Illinois*, Case No. 1:22-cv-04774 (N.D. Ill.); *Brumback*

17   *v. Ferguson*, Case No. 1:22-cv-03093-MKD (E.D. Wash.), and *Sullivan v.*

18   *Ferguson*, 3:22-cv-05403-DGE (W.D. Wash.).

19

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## II.    OPINIONS

5.    I have reviewed the pertinent Washington law which defines and governs the sale of "Assault Weapons" and I am familiar with the history, features, and function of these guns.

6.    With regard to the opinions I offer below pertaining to the features and characteristics of assault weapons or assault rifles, I focus on several prominent defining features generally found on most such weapons regardless of platform. However, I pay particular attention to AR-15 platform firearms and all such copies, duplicates or derivatives, because firearms based on this particular platform are now by far the most prevalent assault weapons in the United States and are therefore particularly illustrative of the issues in this case.

7.    Semiautomatic rifles, including AR- and AK-platform rifles, as well as semiautomatic pistols and shotguns, are capable of firing one shot per each pull of the trigger. Each firearm is chambered for specific ammunition cartridges. Centerfire firearms are chambered for specific centerfire cartridges, which have the primer (the component that ignites the propellant) located in the center of the base of the cartridge case (as opposed to the rim of the cartridge). Today's modern rimfire ammunition is almost always confined to small and less powerful cartridges, such as the .22LR. Bullets fired from these cartridges are small and

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

light and move slower than almost all centerfire rifle ammunition. Rimfire chamberings are common in youth and "beginner" hunting rifles because they are relatively quiet and inexpensive and have low recoil. Conversely, modern centerfire ammunition requires a detonation of a primer in the center of the cartridge (CENTERfire) and these cartridges are generally much more powerful than rimfire cartridges. As an example, the .223, which is the most common AR-15 cartridge, fires bullets at more than 3000 feet/second, whereas a rimfire cartridge typically propels bullets at around 1100 feet/second. This increased centerfire velocity greatly increases the range and lethality of centerfire cartridges.

8.      Most handgun cartridges are also now centerfire, and these cartridges generally fire bullets much larger than rimfire cartridges, usually at velocities of between 800 and 1500 feet/second. Generally all AR-15 firearms are derivatives of the Armalite Rifle (AR) model 15, which was originally designed for the United States Military in the late 1950s. The AR-15 was specifically designed to satisfy clearly stated military requirements for an assault rifle. The AR-15 incorporated features that achieved these requirements, which included: being lightweight, easily portable, accurate, high-capacity-capable, low recoil, and fast-firing as these are the features of an effective offensive weapon.

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

5

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

9.     The AR-15 was therefore adopted by the U.S. military in the early 1960s. The standard cartridge for the AR-15 is a .223Rem (5.56 is NATO equivalent) which was selected by the military for very specific reasons. While it is commonly reported that the AR-15 is a "high power" weapon, a singular .223 cartridge is not in fact "high power" compared to almost all other hunting rifles that have been sold for more than a century in the United States. However, it was the small size of the .223 and 5.56 cartridge that was particularly important to the military because it allowed soldiers to greatly increase capacity in their rifles and magazines. Moreover, smaller rounds weigh less, meaning that this also increased the number of extra rounds soldiers could carry around.

10.     The bullets from these smaller and faster cartridges are very deadly at short and medium ranges. These cartridge characteristics were selected because they result in a rifle that can be high-capacity, accept loaded magazines which are easy to transport, and also be very easy to fire repeatedly while staying on target. The reasoning for the military decision on this chambering is summed up in this article from *Business Insider*: "The smaller rounds weighed less, allowing troops to carry more ammunition into the fight. They also created less recoil, making it easier to level the weapon back onto the target between rounds and making automatic fire easier to manage. Tests showed that troops equipped with

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

6

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

smaller 5.56 mm rounds could engage targets more efficiently and effectively than those firing larger, heavier bullets."[1] This is why AR-15 and AK-47 platform weapons remain the assault weapon of choice for military operations in short and medium range scenarios where repeated, high volume and accurate offensive shooting is desired.

11.    While most assault rifles today are designed to fire .223 or 5.56 cartridges for reasons discussed above. Some are designed to fire more powerful rifle cartridges such as .300Win., .277Fury, 6.5CM, .308Win., and many others. Chamberings such as these are generally selected for longer-range engagements where low recoil and quick target engagement are not as important. Rifles using these more powerful cartridges are much more difficult to control during short and medium range rapid fire but are far more effective at penetrating helmets and bulletproof vests, especially at longer ranges (up to 1000 yards).

---

[1] Alex Hollings, *The US military has been using the 5.56 mm round for nearly 60 years—here's how it all got started*, Business Insider Mag. (June 29, 2022, 1:10 PM), https://www.businessinsider.com/why-did-us-military-switch-from-762mm-round-to-556mm-2019-9 (last visited Jan. 27, 2023) (story on background of AR-15 chambering history).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

7

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    12.    The AR-platform, in particular, is the civilian version of the

2  military's select-fire M-16 and M-4 rifles, which are capable of fully automatic

3  or burst firing. Based on my familiarity with the firearms industry, AR-platform

4  rifles and similar semiautomatic rifles did not begin to sell in significant numbers

5  until the late 2000s and particularly after the 2012 shooting at Sandy Hook

6  Elementary in Newtown, Connecticut.

7    13.    During the mid-2000s, and especially after Sandy Hook, the

8  firearms industry shifted towards marketing efforts specifically focused on

9  developing the "tactical market." In the industry, the term "tactical" generally

10  refers to weapons and accessories that are meant for offensive military or law

11  enforcement operations. This market now generally includes AR-15s, battle

12  pistols and other handguns from various manufacturers and accessories such as

13  bullet-proof vests and a wide variety of large capacity magazines.

14    14.    Here are two images which illustrate the dramatic transition in the

15  gun industry from the time when tactical guns were not accepted or normalized

16  to the current when they are a central business focus. The first is an image of the

17  2001 Smith and Wesson annual product catalog cover in which a traditional

18  revolver is featured, the second is the 2019 Smith and Wesson catalog cover on

19

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

8

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2

which the Smith and Wesson M&P15 pistol and rifle are also featured prominently. Neither of those additional "tactical" firearms existed in 2001:

3

4

5

6

7

8

9

 

10

11

12

13

14

15

16

15.    The AR-platform, in particular, is the civilian version of the military's select-fire M-16 and M-4 rifles, which are capable of fully automatic or burst firing. Based on my familiarity with the firearms industry, AR-platform rifles and similar semiautomatic rifles did not begin to sell in significant numbers until the late 2000s and particularly after the 2012 shooting at Sandy Hook Elementary in Newtown, Connecticut.

17

18

19

16.    While the AR-15 and its derivatives are by far the most common assault-style rifles in the United States, there are many other firearms that share the same purpose and generally have the same defining features, including the

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

9

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

ability to accept large capacity magazines. Those firearms include firearms utilizing all or part of the AK-47 platform as well as many others. The original patent for the gas operating system central to the AR-15 being rapidly fired with minimal recoil expired in 1977,[2] which subsequently allowed the engineering prints for the AR-15 to be publicly available to all firearms companies.

17.    From that point forward, there could have been a large-scale, immediate, and legal proliferation of direct copies of these rifles and other high capacity semi-automatic guns into the United States commercial market. But that did not happen, at least not until nearly two decades later. In fact, when I first started my work in the gun industry in the 1990s, assault weapons such as AR-15s and the 30-round magazines we see in advertising and mass shootings today, were not common, and within the gun industry the acceptance or promotion of this product category was thought to be irresponsible and potentially dangerous.

18.    This former self-imposed industry "regulation" about assault rifles and large capacity magazines was publicly voiced by William B. Ruger, the widely revered founder of Sturm Ruger, which is now one of the largest

---

[2] Gas Operated Bolt and Carrier System, U.S. Patent No. 2,951,424 (accessible at https://patents.google.com/patent/US2951424A/en)

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

10

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

companies in the industry. During an interview with Tom Brokaw, Ruger stated what was common industry consensus: "No honest man needs more than 10 rounds in any gun." He went on to clarify what most industry executives believed to be wise policy: "I never meant for simple civilians to have my 20 or 30 round magazines."[3] For decades, opinions like that of William Ruger were reinforced throughout the industry in hundreds of large and small ways and this sentiment was still very prevalent when I entered the industry in 1995. Almost everyone I encountered believed that AR-15s were military assault weapons and the large capacity magazines which often accompanied these weapons were dangerous and were not to be sold or displayed to the civilians.

19.    During the period between 1964 and 1994, first for Colt, and then also for all companies who produced the guns after Colt's patent sunset, commercial AR-15 sales averaged fewer than 27,000 units per year for a total of

---

[3] *Magazine limits were first proposed by Connecticut gun maker*, Connecticut Magazine (April 1, 2013), https://www.nhregister.com/connecticut/article/Magazine-limits-were-first-proposed-by-11435654.php (Last Viewed Feb 1 2023) (Article on William Ruger's position on LCMs).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

11

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    about 787,000 units in the 30-year period 1964–1994.[4] As an example of the rarity

2    of assault weapons in the firearms industry during those years, consider that in

3    1990, there were about 4.4 million guns sold in the United States (total reported

4    U.S. production + total imports - total exports).[5,6,7] According to the NSSF,

5    74,000 of those were assault weapons, which means that assault weapons were

6

7    _____

8    [4]    Estimating   AR-15   Production,   1964–2017   (Nov.   9,   2019),

     http://www.generalstaff.org/Firearms/Count/AR15_Production.htm (last visited

9    Jan. 12, 2023) (compiling data from the Bureau of Alcohol Tobacco, Firearms &

10   Explosives' *Annual Firearms Manufacturing and Export Reports*, among other

11   sources).

12   [5]  Bureau  of  Alcohol,  Tobacco,  Firearms  and  Explosives,  *Firearms*

13   *Commerce  in  the  United  States:  Annual  Statistical  Update  2021*  at  1–2,

14   https://www.atf.gov/firearms/docs/report/2021-firearms-commerce-

15   report/download (Exhibits 1–1a).

16   [6] Total firearms imported by year, Statista,
     https://www.statista.com/statistics/215569/number-of-imported-firearms-to-the-
17   us/

18   [7] Total firearms exported by year, Statista,
     https://www.statista.com/statistics/215569/number-of-imported-firearms-to-the-
19   us/

DECLARATION OF RYAN BUSSE IN                    12                    ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF DEFENDANT'S                                                       Complex Litigation Division
OPPOSITION TO MOTION FOR                                                     800 5th Avenue, Suite 2000
PRELIMINARY INJUNCTION                                                        Seattle, WA 98104-3188
NO. 2:23-CV-00112                                                                (206) 464-7744

1    only 1.6% of 1990 domestic gun sales.

2        20.    Even after the federal legislation expired, the gun industry did not

3    immediately begin producing or selling these guns in large numbers. That is

4    because there was a continued general agreement by the vast majority of industry

5    leaders that these guns, which were very clearly designed for military-style,

6    offensive (i.e., attacking) use, and related gun paraphernalia—including virtually

7    all large capacity magazines, which were generally also considered to be for

8    military-style, offensive use—would not be displayed at trade shows or used at

9    industry-sponsored shooting events.

10        21.    This is why until well into the mid 2000s, the industry would not

11    allow any company to display any "tactical" gear in the main section of the largest

12    industry trade shows like S.H.O.T. (the Shooting Hunting Outdoor Trade show

13    which is governed by NSSF). At that time, in order to enter the special Military

14    and Law Enforcement section of the S.H.O.T show, where this tactical gear was

15    displayed, an attendee was required to present verified military or law

16    enforcement identification credentials. These rules were enforced by the industry

17    because it was universally accepted that firearms designed for tactical or "assault"

18    purposes deserved this special regulation or voluntary responsibility.

19        22.    This formerly understood voluntary prohibition also extended to the

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

13

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    many gun stores and all of the largest sporting goods retailers in the country.

2    Almost none of which would sell or display assault weapons or AR-15s or

3    AK-47s in their stores until the mid-2000s. This remained true as late as 2006. It

4    was not until very recently that the gun industry began to push AR-15s, LCMs,

5    and other assault-style guns, leading to the more prominent marketing we see

6    today.

7        23.    This table of data compiled by the National Shooting Sports

8    Foundation (NSSF), the firearms industry trade group, clearly illustrates that

9    sales of such guns (MSR, AR-15 and AK-47) have increased dramatically. In

10   2020, assault weapons comprised 12.2% of total gun sales, seven times higher

11   than the 1990 percentage. In numeric terms sales have increased by nearly 4000%

12   from 1990 until now, despite the fact that no federal, and few state restrictions on

13   such guns existed in 1990. (74,000 units in 1990 versus 2,798,000 in 2020) (*see*

14   next page):[8]

15

16

17

18

19

_____

[8] ATF AMER, US ITC, *Industry Estimates*, https://www.nssf.org/wp-content/uploads/2022/07/EstMSR1990_2020.pdf (last visited Jan. 12, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

14

## Estimated Modern Sporting Rifles in the United States 1990 – 2020

| Year | US Production less exports of MSR/AR platform | US Import less exports of MSR/AR, AK platform | ANNUAL TOTAL |
|---|---|---|---|
| 1990 | 43,000 | 31,000 | 74,000 |
| 1991 | 46,000 | 69,000 | 115,000 |
| 1992 | 33,000 | 72,000 | 105,000 |
| 1993 | 62,000 | 226,000 | 288,000 |
| 1994 | 103,000 | 171,000 | 274,000 |
| 1995 | 54,000 | 77,000 | 131,000 |
| 1996 | 27,000 | 43,000 | 70,000 |
| 1997 | 44,000 | 81,000 | 125,000 |
| 1998 | 70,000 | 75,000 | 145,000 |
| 1999 | 113,000 | 119,000 | 232,000 |
| 2000 | 86,000 | 130,000 | 216,000 |
| 2001 | 60,000 | 119,000 | 179,000 |
| 2002 | 97,000 | 145,000 | 242,000 |
| 2003 | 118,000 | 262,000 | 380,000 |
| 2004 | 107,000 | 207,000 | 314,000 |
| 2005 | 141,000 | 170,000 | 311,000 |
| 2006 | 196,000 | 202,000 | 398,000 |
| 2007 | 269,000 | 229,000 | 498,000 |
| 2008 | 444,000 | 189,000 | 633,000 |
| 2009 | 692,000 | 314,000 | 1,006,000 |
| 2010 | 444,000 | 140,000 | 584,000 |
| 2011 | 653,000 | 163,000 | 816,000 |
| 2012 | 1,308,000 | 322,000 | 1,630,000 |
| 2013 | 1,882,000 | 393,000 | 2,275,000 |
| 2014 | 950,000 | 237,000 | 1,187,000 |
| 2015 | 1,360,000 | 245,000 | 1,605,000 |
| 2016 | 2,217,000 | 230,000 | 2,447,000 |
| 2017 | 1,406,000 | 158,000 | 1,564,000 |
| 2018 | 1,731,000 | 225,000 | 1,956,000 |
| 2019 | 1,679,000 | 169,000 | 1,848,000 |
| 2020 | 2,466,000 | 332,000 | 2,798,000 |
| TOTALS | 18,901,000 | 5,545,000 | 24,446,000 |

Source: ATF AFMER, US ITC, Industry estimates

24.    It is my experience that this proliferation is the result of a direct and purposeful industry marketing effort to assert that these guns are "common." In 2009, as part of this effort, the firearms industry through the NSSF, facilitated a public re-branding of assault rifles in an effort to make them more socially acceptable. As such, the NSSF broadly encouraged an industry-wide effort to rename such guns "Modern Sporting Rifles" or MSRs. This is not unlike the

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

15

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  effort of Colt to market a "Sporting rifle" in previous decades, but unlike the

2  failed marketing of Colt in the 1980s, beginning in the late 2000s the AR-15s

3  were increasingly sold with LCMs and steadily "improved" in many functional

4  areas that increase the lethality of a military assault rifle.

5        25.    At the same time the NSSF was softening the public image of these

6  weapons with the MSR campaign, many individual assault rifle companies began

7  to market the guns in ways that dispensed with any attempt to pretend the guns

8  were "sporting" firearms. Despite the fact that the rifles and LCMs were not

9  sporting guns, all industry members, including me, were strongly encouraged to

10  stop using the term "assault rifle" or even "tactical weapon" because those terms

11  were thought a too-transparent label that referenced offensive military assaults

12  which would therefore harm the public perception of such guns and decrease the

13  sales of companies that build them.

14        26.    The terms "Assault Rifle" and "Assault Weapon" were first used to

15  describe the German WW2 "Sturmgewehr"-44 rifle, which roughly translates to

16  "Storm" or "Assault" rifle.[9] The name was subsequently applied to many similar

17  _____

18        [9]Aaron  Smith,  *The  Nazis'  assault  rifle  now  made  in  America*,

19  CNN Business (June 29, 2016, 11:57 AM) https://money.cnn.com/2016/06/29/

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

16

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    rifles in the coming decades including dozens of models sold in the United States.

2    Well into the 2000s, almost everyone I knew in the industry used the terms

3    "assault weapon" and "assault rifle." During my career, I personally experienced

4    the overt NSSF effort which sought to deflect away from that moniker by

5    reframing the origin of this terminology. This effort is still ongoing today and

6    commonly referenced industry instructions remain on the NSSF website: "If

7    someone calls an AR-15 or other semi-automatic rifle an "assault weapon," he or

8    she either supports banning these firearms or does not understand their function

9    and sporting use, or both. Please correct them. "Assault weapon" is a political

10

11

12

13

14

15

16

17    _____

18    smallbusiness/german-sturmgewehr-assault-rifle/index.html (last viewed May 5,

19    2023) (CNN article on the derivation of the term "assault rifle").

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

17

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    term created by California anti-gun legislators to ban some semi-automatic rifles

2    there in the 1980s."[10]



10    NSSF MSR marketing webpage: https://www.nssf.org/msr/ (last visited

Jan 20, 2023)

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

18

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

27.    The firearms industry openly referred to these and all similar weapons as "assault weapons" and "assault rifles" as late as 2008, as evidenced by this 2008 issue of Gun Digest, a publication which is commonly accepted in the industry as a prominent authority and advertising venue:[11]

28.    Since the late-2000s there has been a rapid increase in the number of companies that manufacture and market versions of AR-15s, other similar assault weapons which are now increasingly sold and marketed with LCMs. This has resulted in a transformation of the marketplace from only a few AR-15 manufacturers in 2000, to several hundred AR-15/assault rifle companies today. The list of AR-15 manufacturers now includes small, medium, and the largest firearms companies in the United States, all of whom are striving to obtain market share with derivatives of what is effectively the same product.

29.    This crowded marketplace has created a highly competitive environment resulting in thousands of "continuous improvements" in AR-15-style firearms sold to the general public as a way to encourage consumers

[11] One of many listing for archived issues of Gun Digest for sale from various resellers: https://www.amazon.com/Digest-Book-Assault-Weapons-Fifth/dp/087341778X (last visited Jan 30, 2023)

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

19

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   to buy one rifle over another. Over time, these improvements developed by

2   various individual companies have generally been incorporated on most rifles

3   across the marketplace and the result are firearms that are almost universally

4   more accurate, more portable, and more specifically tailored to produce lethal

5   outcomes.

6       30.    In my experience, most industry members commonly discuss the

7   Heller decision and openly discuss how to utilize the right to self-defense as

8   established in that decision even if many of the firearms being marketed are

9   designed for offensive or tactical operations.

10       31.    Finally, because most industry members are aware of Heller and

11   subsequent legal decisions, they are savvy to the impact they can have on the

12   marketplace. An illustrative example of this industry-wide effort can be found in

13   the mission statement of Palmetto Armory, which is one of the largest retailers in

14   the United States. Palmetto publicly partners with most of the largest

15   manufacturers and even hosts a large annual "gathering" which is supported and

16   attended by leading industry companies.[12] Palmetto's prominence is important

17   

18       [12] Website advertising Palmetto State Armory Industry "Gathering":

19   https://palmettostatearmory.com/thegathering.html (last viewed March 21, 2023)

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

20

because their well-known and openly-advertised mission, found in the image below, is not focused on self-defense or even profit, rather it is specifically focused on quickly establishing that certain guns and LCMs are "common" as mentioned in the Heller decision; "we want to sell as many AR-15 and AK-47 rifles as we can and put them into common use in America today."13



---

13    Mission    Statement,    Palmetto    State    Armory, https://palmettostatearmory.com/about-psa.html (last viewed March, 22, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

21

**A.    Features of AR15s and Other Assault Weapons and Their Necessity to Self Defense**

32.    While there is no universally accepted definition of "assault rifle," the term generally refers to a firearm that incorporates a set of physical features that increase the effectiveness of killing enemy combatants in offensive battlefield situations, usually in close and medium-range warfare. This list of features generally includes, but is not limited to, the features enumerated pertinent Washington law and includes pistol grips, semi-automatic or fully automatic fire control systems, the capability to accept detachable magazines, folding or telescoping stocks, and barrel shrouds.

33.    The AR-platform is highly modular, enabling owners to customize their rifles with a variety of interchangeable components. Some components of a firearm are integral to its operation, such as a trigger mechanism or barrel, and the firearm will not function properly without them. But the particular components which qualify a weapon as an "assault weapon" if it is equipped with them, are not integral to the basic operation of any firearm and are not necessary to use a firearm effectively for self-defense or sporting purposes, such as hunting. I address some of these features in the following points.

34.    **Pistol grip**. Pistol grips beneath the action of a rifle or shotgun are

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

22

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1   not necessary to operate those weapons as designed. A pistol grip is a feature

2   incorporated into some firearm stocks or as a piece separate from the stock, that

3   allows the shooter to control and aim the rifle during periods of rapid fire. For

4   many decades, non-pistol grip stock designs have been standard on firearms such

5   as Remington 870 shotguns which are widely accepted to be among the most

6   effective home defense guns ever built and which have been leading sellers in the

7   firearms market. Even on AR-15s and similar rifles, stocks that do not incorporate

8   this feature are currently sold in states such as California, and prominent, widely

9   referenced firearms authorities on these topics, such as www.caligunner.com,

10  assess those options and the function of these "compliant" (non-pistol grip) rifles

11  in this manner: "Everyone has a preference on what looks the 'best' but the top

12  picks below are all great functioning options."[14] As also noted on that website,

13  while "[s]ome people that are critical of the featureless option complain of the

14  aesthetics of the available options," "the overall function of the rifle is mostly

15  maintained," and "several companies continue to innovate and provide new

16

17  [14] *2021 Featureless AR-15 Rifles: All You Need to Know!*,

18  CaliGunner.com,    https://caligunner.com/california-compliant-featureless-rifle/

19  (last visited Dec. 30, 2022)

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

23

products that look decent and perform well considering the constraints of the law." While a pistol grip beneath the action of a rifle may be useful during military operations because it helps the shooter stabilize the weapon and reduce muzzle rise during rapid fire, a pistol grip is not necessary to operate a firearm safely in lawful self-defense situations.

35.    **Forward Grip, Foregrip, or Second Handgrip**. This feature is designed to aid in firearm stabilization during the rapid firing of assault rifles and assault pistols. The feature first gained prominence inside special operations military units where "cluttering" from accessories and extreme heat generated from the rapid firing of rifles were problems for troops in wartime situations. A concise description of the feature's first official origin is found in this firearms industry review from Lucky Gunner: "One of the items issued in this kit was a Knight's Armament vertical forward grip, and it was included in order to deal with the problem of the forward rails becoming too cluttered to hold correctly when the other accessories were mounted. It also retained the benefits of recoil control and heat mitigation that made it a popular feature on submachine guns."[15]

---

[15] Kyle Eggimann, *Stop Holding Your AR Like That*, Lucky Gunner (Aug. 7, 2014), https://www.luckygunner.com/lounge/how-to-hold-an-ar15-

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

24

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  As this article details, forward grips can be an effective feature for troops charged

2  with fast and efficient killing of enemy combatants in warfare, but in my opinion,

3  they are not a necessary feature for self-defense.

4    36. **Folding, telescoping, or thumbhole stock**. The stock is the part of

5  a firearm that allows it to be held at the shoulder for firing. A folding or

6  telescoping stock can be collapsed to shorten the length of the rifle (or extended

7  to increase its length). A firearm does not need an adjustable stock to operate as

8  designed and can be equipped with fixed-length stocks instead. Original rifles on

9  which the currently existing and newly manufactured AR-15s are based, and that

10 were accepted by hundreds of thousands of military officers as their weapon of

11 choice for decades, did not incorporate a folding stock and no credible firearms

12 authority I am aware of has ever claimed that those firearms did not function

13 effectively due to the lack of a folding stock. Further, there are still non-folding

14 stock options available today and all are sold and advertised as fully functioning

15 options for semiautomatic and bolt action rifles.

16   37. **Barrel Shroud**. A barrel shroud wraps around the barrel of a rifle

17 or pistol, enabling the shooter to grasp the barrel during firing without burning

18 _____

19 foregrip/ (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

25

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

the non-trigger hand as the rifle heats up in rapid-fire and continuous-fire situations. A barrel shroud is not necessary to operate a rifle or pistol as designed in self-defense situations.

38.    **Flash Suppressors, muzzle brakes, and muzzle compensators**. Muzzle brakes, and compensators are devices added to the end of a firearm barrel that are designed to direct the gas produced from firing in directions that result in reduced "felt recoil" and "muzzle rise." These devices are therefore designed to aid the shooter in staying on target in extended rapid-fire situations. Some of these devices are also commonly referred to as flash suppressors, which are devices that are attached to the muzzle of a firearm to also reduce or redirect the flash when shooting. This feature is affixed to military rifles to redirect the light (muzzle flash) generated from the burning of gasses while firing which reduces the prevalence of "night blindness" that can develop during low-light firefights. A flash suppressor also disguises the origin of fire and avoids detection by enemy forces but has marginal benefit in civilian self-defense situations, even in low-light conditions. As evidence for the lack of self-defense necessity for this feature, it is widely accepted that the most effective self-defense guns are handguns and home-defense shotguns. These firearms also produce muzzle rise and muzzle flash just like an AR-15 (or other assault rifles) and yet none require

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

26

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

a "flash suppressor," "muzzle brake," or "compensator" device to operate effectively in self-defense situations and I am not aware of any industry authority or advertisement that has ever claimed that such a firearm will not function as designed without such a device.

39. **Detachable magazines.** Magazines are containers which hold ammunition in spring-loaded preparation for feeding into the receiver of a firearm. Clips, while sometimes confused with magazines, are different and can generally be described as small holding devices that retain cartridges in preparation for faster loading into magazines. Magazines can either be "fixed," meaning they are integral within the gun, or "detachable," meaning they are not internally or permanently attached to the firearm. Many firearms, including some of the most revered self-defense firearms ever built, incorporate "fixed" magazines which means that these containers are permanently affixed to or inside the firearm. Examples include most pump and semiautomatic shotguns where a tubular magazine is affixed under the barrel. Magazines of this sort can be temporarily or permanently "plugged" or shortened to regulate capacity. Many rimfire rifles, including many semiautomatic designs, incorporate the same general fixed tubular magazine design. Most lever-action rifles use the same sort of tubular magazine. Many bolt-action hunting rifles utilize a fixed "box

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

27

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  magazine" design in which ammunition must be loaded into the permanent "box"

2  below the bolt, and then fed into the receiver from that magazine with each cycle

3  of the bolt. For "fixed magazine" firearms, in order to reload, the shooter must

4  stop shooting and reload the magazine one cartridge at a time before resuming

5  shooting. Conversely, detachable magazines enable a shooter to replace an empty

6  or depleted magazine with a fresh magazine to resume firing in a manner that is

7  much faster than stopping to reload fixed magazines. Unlike fixed magazines,

8  detachable magazines can be preloaded and transported at the ready with the gun,

9  effectively greatly increasing the potential number of rounds fired in any given

10  period of time. For example, a component shooter with a common

11  fixed-magazine bolt-action rifle may be able to accurately fire 15–20 rounds per

12  minute with long pauses to reload whereas a component shooter with an AR-15

13  and preloaded large capacity magazines can accurately fire more than 100 rounds

14  per minute with very short pauses to change magazines. Detachable magazines

15  may hold as many as 100 or more ammunition rounds but will also function with

16  a single round.

17      40.    It is my experience that magazines which limit capacity to as few as

18  five rounds are commonly available and are often legally mandated for hunting

19  in many states. It is my experience that even if large capacity magazines are

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

28

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    available or sold with firearms today, all firearms companies offer lower capacity

2    options (often 10-round versions to comply with laws in various states).

3        41.    Despite the recent proliferation of large capacity magazines, it is

4    important to note that there is no known firearm that requires a large-capacity

5    magazine to function as designed. By this I mean that all firearms that can accept

6    a large-capacity magazine can also accept a magazine that holds fewer rounds

7    and still function precisely as intended. This is true even of AR- and AK-platform

8    rifles. Although many of these rifles are sold with a 30 round magazine, the

9    manufacturers all offer the optional purchase of 10 round or even lower capacity

10   magazines and could easily offer magazines limited to almost any given round

11   count. There are many pistols (such as the very popular Model 1911—which was

12   the accepted defensive sidearm of the U.S. Military for decades and is still one

13   of the most widely owned guns in the United States) that are built for magazines

14   of eight rounds or less. Other widely popular guns such as the Sig P938 are also

15   designed to function with seven or eight round magazines and these guns have

16   been widely acclaimed by dozens of notable firearms industry experts as among

17

18

19

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

29

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  the most effective concealed carry/self-defense firearms on the market.[16] While

2  larger 10-plus round magazines exist for these pistols, a smaller magazine

3  (standard seven or eight round) is considered preferable by almost all consumers

4  because the physical size/profile of the shorter magazine is easier to carry, shoot

5  and conceal.

6      42.    **Accessories to increase rate of fire.** It is also important to note that

7  there are accessories that are designed to modify a semi-automatic firearm in a

8  manner that allows it to fire at a rate that is nearly equal to that of a fully automatic

9  firearm. These include bump stocks (which are illegal in Washington), forced

10  reset triggers, and binary triggers. Forced reset triggers are aftermarket

11  accessories which replace the standard trigger group and allow firearms to be

12  fired at a rate nearly equal to fully automatic firearms. They are easy to install

13  and generally sell for between $300 and $500. Because of the debates as to the

14  legality of these triggers, the availability of these devices has been inconsistent.

15  Binary Triggers are also aftermarket devices that increase the potential rate of

16

17      [16] Ben Findley, *Sig Sauer P938 Subcompact 9mm [FIREARM REVIEW]*,

18  USA Carry (Dec. 29, 2021) https://www.usacarry.com/sig-sauer-p938-

19  subcompact-9mm-review/ (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

30

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

fire for many models of firearms including AR-15s and similar rifles. Like forced reset triggers, these accessories replace the standard trigger group, are easy to install and generally retail for between $300 and $500. Among the three devices discussed in this section, binary triggers are the least controversial and therefore the most widely available. These triggers essentially allow firing when the trigger finger of the shooter moves either forward or backward and this results in a firearm that is capable of very high rates of fire. According to United States Concealed Carry Association, "a 30-round magazine can be emptied in about three seconds." This means a competent shooter could fire between 400 and 600 rounds per minute depending on magazine size. These triggers are widely available. Several models can be found for sale at many retailers and on many websites. In my opinion none of these accessories are applicable or desirable for self-defense.

**B.    Marketing of AR-15s and Similar "Assault Weapons"**

43.    Many of my opinions on these firearms and their histories are based directly on, or reinforced by, the industry's own publicly available marketing. In other words, my opinions are also the opinions of the industry itself. In the section that follows, I offer many pertinent examples.

44.    The trend towards increased capacity and lethality is easy to see in

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

31

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    AR-15s especially when current rifles are compared to the assault rifles requested

2    and then adopted by the U.S. military or those sold by Colt 30 years ago. The

3    commercially available AR-15s of today are more reliable, more accurate, more

4    ergonomic, and therefore more effective. This trend of tactical "improvement"

5    continues and is aggressively advertised each day by dozens of firearms

6    companies. For example, below is a typical marketing page[17] for an AR-15

7    manufacturer in which a prominent company advertises the various ways in

8    which its features "improve" upon the basic AR-15 (additionally notice the large

9    capacity magazine protruding in front of the pistol grip) (*see* next page):

10    *///*

11

12

13

14

15

16

17

18

19

___

[17] https://danieldefense.com/daniel-dna (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

32

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    45.    The increase in the AR-15 market has also facilitated an increase in

17  accessories availability for the AR-15 and similar firearms. These accessories are

18  commonly referred to as "furniture" because they are items a rifle owner can add

19  to the gun, just as a person would add furniture to personalize an apartment.

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

33

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

46.    Most AR-15s and similar firearms now incorporate features designed to accept one or more of dozens of accessories (furniture), all of which are designed and marketed to increase the effectiveness of the rifle in tactical battlefield situations.

47.    The list of accessories includes hundreds of LCM options, highly-effective electronic optics, more sensitive triggers, devices such as bump stocks and modified trigger systems that convert guns to near-fully-automatic rates of fire, forward and pistol grip options, tactical lights, laser-pointing devices, and many others. Almost none of these accessories were available to the United States military at the time of the rifle's adoption in the early 1960s, and in many cases, U.S. civilians can now outfit rifles in a manner more lethal than the rifles carried by the military. There are now hundreds of companies and retailers who encourage customers to make their rifles more effective by accessorizing. Below are examples of industry marketing efforts that illustrate this trend.[18]

---

[18] *Top 10 Black Guns AR Accessories*, Tactical Life (Dec. 5, 2013) https://www.tactical-life.com/gear/top-10-black-guns-ar-accessories/    (last visited Jan. 10, 2023); Eric Hung, *Best AR-15 Furniture & Accessories*, Pew Pew

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

34

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1
2
3
4
5
6



7     48.     The competitive AR-15/assault rifle marketplace has also resulted

8  in manufacturers seeking to create new customers through professional, targeted

9  marketing campaigns. Most of these campaigns overtly target young American

10  males, such as this example from 2010 (*see* next page):

11  ///

12
13
14
15
16
17

18  Tactical (Aug. 21, 2022), https://www.pewpewtactical.com/best-ar-15-furniture-

19  accessories/ (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

35

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1
2
3
4
5
6
7
8
9
10
11



12   49.    The gun and LCMs advertised in this campaign (Bushmaster XM15

13   rifle) has been used by young men in notable mass shootings, including those in

14   Sandy Hook, Connecticut, and Buffalo, New York.[19]

15

16

17   [19] F. Riehl, *Proof of Your Manhood – The Man Card from Bushmaster*,

18   Ammoland  (May  7,  2010),  https://www.ammoland.com/2010/05/bushmaster-

19   man-card/#axzz7q0HQao58 (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112                         36                    ATTORNEY GENERAL OF WASHINGTON
                                                                      Complex Litigation Division
                                                                       800 5th Avenue, Suite 2000
                                                                       Seattle, WA 98104-3188
                                                                            (206) 464-7744

1    50.    It is sometimes argued that commercially available assault weapons

2   are not offensive weapons of war. But this is regularly and directly contradicted

3   by prevalent firearms industry AR-15 marketing that encourages potential

4   customers to buy and deploy the same weaponry as elite Special Forces units of

5   the U.S. military. It is my experience that most of these customers are young men.

6   In other words, despite the "modern sporting rifle" claims, marketing within the

7   firearms industry admits to, and capitalizes on, the AR-15-style weapons and

8   large capacity magazines as offensive military weaponry sold to young men. Here

9   is a notable example.



DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

37

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

51.    A version of the Daniel Defense rifle in this advertisement was the weapon used in the Uvalde, Texas, shooting.[20]

52.    Smith and Wesson's AR-15 variant is now widely reported to be the best-selling AR-15 in the United States. These rifles and their accompanying large capacity magazines have been used in notable mass shootings including in the Parkland, Florida school shooting and in the Highland Park, Illinois, July 4th parade shooting. Smith and Wesson's primary customers for this rifle are U.S. civilians who are generally not trained in military or police tactics nor monitored by military safety protocols, but the company's chosen name for this rifle—the M&P15, which means "Military and Police AR-15"—very directly trades on the concept that buyers of this rifle will be equipped with the same offensive rifles

---

[20] Michael Daly, *Uvalde Shooter's Gunmaker Hypes 'Revolutionary' New Killing Machine*, The Daily Beast (Jun. 8, 2022, 5:18 AM) https://www.thedailybeast.com/uvalde-shooter-salvador-ramos-gunmaker-daniel-defense-hypes-revolutionary-new-killing-machine (last visited Jan. 10, 2023) (showing Daniel Defense advertisement).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

38

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

as trained military and police units.[21] Here is an image of the rifle along with the conspicuous large-capacity magazine:



53.    An increasing number of smaller AR-15 manufacturers now regularly seek to grow their market by advertising in ways that depict young men with AR-15s inciting or engaging in armed urban warfare, such as in this recent example from AR-15 maker Spike's Tactical, which encourages men to deploy their AR-15s (each one equipped with large capacity magazine) in armed conflict across the United States:[22]

---

[21] *Spec Sheet, M&P 15 Sport II Series,* Smith & Wesson, https://assets.contentstack.io/v3/assets/bltb61dcb3c40854cd9/blt1d654c3b1f9c4ce4/63b1d9077760ab1f00b00a3a/10202.pdf (last visited Jan. 10, 2023).

[22] *Left-wing media outlets lose minds over gun ad, disregard basic rules of*

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

39

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

54.    Some AR-15 manufacturers now often seek to spur sales by depicting men deploying their personal AR-15s and large capacity magazines in self-appointed armed offensive vigilante actions, such as the below advertising image supplied by the AR-15 maker Patriot Ordnance Factory (*see* next page):[23]

*journalism*,    Spikes    Tactical    (Jan.    11,    2018): https://www.spikestactical.com/press/left-wing-media-outlets-lose-minds-over-gun-ad-disregard-basic-rules-of-journalism/ (last visited Jan. 10, 2023).

[23] https://pof-usa.com/wallpapers/ (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

40

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2

3

4

5

6

7



8      55.    Many firearms companies now seek out, and celebrate placement of

9  assault weapons in popular video games that are commonly played by children.

10  The following is a notable example of an AR-15 company celebrating the

11  placement of their gun into the Call of Duty Modern Warfare video game (*see*

12  next page): [24]

13

14

15

16      [24] Ryan Busse, *The Gun Industry Created a New Consumer. Now It's*

17  *Killing         Us.*,        The         Atlantic        (July        5,        2022)

18  https://www.theatlantic.com/ideas/archive/2022/07/firearms-industry-

19  marketing-mass-shooter/670621/ (last viewed Feb 1 2023)

1

2

3

4

5

6

7

8



9

10

11

12

13

14

15

16

17

18

19

56.    Some prominent AR-15 companies design and market their rifle models with specific suggested uses that bear obvious similarities to mass shooting events that have happened in U.S. urban environments such as the Pulse Nightclub, Las Vegas Concert Shooting, and the El Paso Walmart shooting. These campaigns typically do not reference self-defense and instead rely upon marketing assault rifles in offensive or "tactical" actions. Below is one relevant example from AR-15 maker Wilson Combat:[25]

---

[25] https://www.wilsoncombat.com/ar-calibers/224-valkyrie/super-sniper/ (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

42

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

2

3

4



5      57.    There are many AR-15 companies that combine the trends of

6    continuous improvement, accessorization, and modern digital marketing to

7    encourage potential customers to optimize their rifles through an online ordering

8    process. Below is one such example.[26] The official corporate name of this

9    manufacturer further suggests the preferred use of their AR-15s is in offensive

10   action from "rooftops," which is precisely how the shooter during the July 4th

11   Highland Park, Illinois, parade deployed his AR-15 rifle and LCMs.

12

13

14

15

16

17

18

19      [26] https://rooftoparms.com/ (last visited Jan. 10, 2023).

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

43

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

## III.   SUMMARY

2        58.    There may be arguments presented in this case that suggest that the

3   assault weapons regulated by the Washington law have widespread and long-held

4   sporting or self-defense histories or that they have always been accepted and

5   promoted by the firearms industry.

6        59.    It is my personal experience that these assertions are directly

7   contradicted by both historical facts and industry marketing, both of which I

8   experienced personally. These firearms were designed for and are often deployed

9   as offensive or tactical weapons by police and military units.

10       60.    It is also my experience and opinion that the firearms regulated by

11   this law are not necessary for self-defense.

12       I declare under penalty of perjury under the laws of the State of

13   Washington that the foregoing is true and correct.

14

15   DATED this _22nd_ day of May, 2023, at _Kalspell_, _Montana_.

16

17   _____
                          RYAN BUSSE

18

19

DECLARATION OF RYAN BUSSE IN                    44        ATTORNEY GENERAL OF WASHINGTON
SUPPORT OF DEFENDANT'S                                        Complex Litigation Division
OPPOSITION TO MOTION FOR                                        800 5th Avenue, Suite 2000
PRELIMINARY INJUNCTION                                           Seattle, WA 98104-3188
NO. 2:23-CV-00112                                                   (206) 464-7744

1

## <u>DECLARATION OF SERVICE</u>

2          I hereby declare that on this day I caused the foregoing document to be

3     electronically filed with the Clerk of the Court using the Court's CM/ECF System

4     which will serve a copy of this document upon all counsel of record.

          DATED this 22nd day of May, 2023, at Seattle, Washington.

5

6                    */s/ Andrew R.W. Hughes*
                     ANDREW R.W. HUGHES, WSBA #49515
7                    Assistant Attorney General

8

9

10

11

12

13

14

15

16

17

18

19

DECLARATION OF RYAN BUSSE IN
SUPPORT OF DEFENDANT'S
OPPOSITION TO MOTION FOR
PRELIMINARY INJUNCTION
NO. 2:23-CV-00112

45

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744