# Exhibit C

EXHIBIT C

DANGEROUS WEAPONS RESTRICTIONS

(YEARS OF ENACTMENT)

| STATE[1] | BOWIE KNIVES | Bludgeon | Billy/Billie Clubs | Clubs | Slung Shot | Sand Bag Sand Club | Pistols | Any Concealed /Deadly/Dangerous Weapon |
|---|---|---|---|---|---|---|---|---|
| Alabama | 1837, 1839, 1841, 1867, 1876, 1877, 1879, 1892 | | | 1805 | 1873 | | 1839, 1841 | |
| Alaska | 1896[†] | | | | 1896-99 | | 1896 | 1896 |
| Arizona | 1867, 1889, 1901 | | | | 1873, 1889 1893, 1901 | | 1889 | 1867 |
| Arkansas | 1871, 1875 | | | 1835 | 1871 | | 1820, 1837 | |
| California | 1855, 1896 | 1849, 1853, 1876 | 1917, 1923 | | 1864, 1923 | 1917, 1923 | 1850, 1864 | 1849 |
| Colorado | 1862, 1867, 1877, 1881 | 1876 | | | 1886 | | 1862 | 1862 |
| Connecticut | 1890[†] | | | | 1890 | | 1890, 1923 | |
| Delaware | 1881[†] | | | 1797 | | | 1852 | |
| District of Columbia | 1858, 1871, 1892 | | | | 1871 | | 1857, 1871 | |

---

[1] In addition to state laws, this chart provides the year of enactment of local ordinances adopted within the states.

| State | | | | | | | |
|---|---|---|---|---|---|---|---|
| Florida | 1835,†1838,1847,1868,1893† | | 1868,1888 | | | 1868, 1888 | 1887 |
| Georgia | 1837,1860,1873 | 1816 | | | | 1860 | 1837 |
| Hawaii | 1852,1913 | | | | | 1852, 1913 | 1913 |
| Idaho | 1864†1875,1879,1909 | 1875 | | | | 1879 | 1909 | 1864 |
| Illinois | 1876,1881 | 1845 | | | | 1881, 1893 | 1881 |
| Indiana | 1859 | | | 1804, 1855, 1881, 1905 | | 1875, 1905 | 1820 | 1831 |
| Iowa | 1882,1887,1900 | | 1882 | | | 1882 | 1887, 1900 | |
| Kansas | 1862,1863,1868,1883,1887 | | 1862, 1887 | | | 1883, 1887, 1899 | |
| Kentucky | 1859 | | | 1798 | | 1859 | 1812, 1813 |
| Louisiana | 1870 | | | | | | 1813 | 1813, 1842, 1870 |
| Maine | 1840,1841,1884† | | | 1786 | | | 1840 | 1841 |
| Maryland | 1872,1886,1888, 1890 | 1809, 1874, 1886 | 1872, 1874, 1884, 1886, 1890, 1927 | | 1890 | 1886 | 1872 |
| Massachusetts | 1836† | | 1927 | 1750 | | 1850, 1927 | 1751 |
| Michigan | 1891 | 1927, 1929 | 1887, 1891, 1927, 1929 | 1913 | 1887, 1891, 1927, 1929 | 1887, 1891, 1929 | 1887 |
| Minnesota | 1882 | | | | 1888 | 1882, 1888 | 1881 | 1882 |
| Mississippi | 1837,1838,1878 | | | 1799, 1804 | | 1878 | 1838,1878 |
| Missouri | 1871,1897,1917, 1923 | | 1871, 1897, 1923 | 1818 | | 1883, 1888, 1897, 1917 | 1873 |

3

| State | | | | | | | |
|---|---|---|---|---|---|---|---|
| Montana | 1864, 1879, 1885 | | | | | 1864, 1865 | 1888 |
| Nebraska | 1877, 1890, 1899 | 1887 | 1872, 1890, 1899 | | 1890 | 1881 | |
| Nevada | 1873 | 1858 | | | 1881 | 1881, 1925 | |
| New Hampshire | | 1872 | | | | | |
| New Jersey | 1871, 1905† | 1799, 1877, 1927 | 1871, 1927 | | 1871, 1873, 1927 | 1686 | 1871, 1927 |
| New Mexico | 1852†1853, 1859, 1864, 1887 | 1887 | | | 1853, 1859, 1869, 1887 | 1852, 1853 | |
| New York | 1866, 1885, 1911† | 1911, 1913, 1931 | 1866, 1881, 1884, 1885, 1900, 1911, 1913, 1931 | 1664 | 1866 | 1891 | 1866, 1881, 1900, 1911, 1913, 1931 |
| North Carolina | 1840, 1856, 1858, 1860, 1879 | | | | 1879 | 1792, 1840 | |
| North Dakota | 1895, 1915† | 1915 | 1915 | | 1895 | 1895 | 1915 |
| Ohio | 1859, 1880, 1890 | | | | | 1859 | 1788, 1859, 1880 |
| Oklahoma | 1890, 1891, 1903 | | 1890, 1891 | | 1890, 1891, 1903 | 1890 | 1890 |
| Oregon | 1885† | | 1898, 1917 | | 1885, 1917 | 1853 | 1917 |
| Pennsylvania | 1897 | | 1897 | | 1851 | 1851 | |
| Rhode Island | 1893, 1896, 1908 | | 1893, 1908 | | 1893, 1896 | 1893 | |
| South Carolina | 1880, 1923 | | | | 1880 | 1880 | |
| South Dakota | 1903† | | | | 1877, 1903 | 1877 | |
| Tennessee | 1838, 1856, 1863, 1867, | | | | 1879, 1882, 1893 | 1821 | |

4

| | | | | | |
|---|---|---|---|---|---|
| Texas | 1871, 1881, 1893 | 1856, 1871, 1879, 1897 | | 1899 | 1871, 1879, 1889, 1897, 1899 | 1870 |
| Utah | | 1877 | | | | 1877, 1888 |
| Vermont | | 1892, 1895[†] | | | 1895 | 1895, 1897 |
| Virginia | | 1838, 1887 | | 1792 | 1887 | 1794 |
| Washington | | 1854, 1859, 1869 | | | | 1881 | 1854, 1859, 1869, 1881, 1883, 1892, 1896, 1897 |
| West Virginia | | 1870, 1882, 1891, 1925 | | 1870, 1882, 1891, 1925 | 1891 | 1870 |
| Wisconsin | | 1883, 1896 | | | 1883, 1888 | 1858 | 1883 |
| Wyoming | | 1884, 1890, 1899, 1925 | 1876, 1893 | | 1884, 1890, 1899 | 1876 |
| Total Laws | 136 | 25 | 46 | 17 | 79 | 21 | 66 | 24 |

SOURCE:  https://firearmslaw.duke.edu/repository/search-the-repository/

[†] State laws that prosecuted/regulated/barred knives more generally without specifically mentioning Bowie knives.