# Exhibit J

# The XM-10 (AR-10)
## Semi Automatic .308 (7.62 NATO) Rifle

*This Famous Assault Rifle is Now Available in a Semi Auto. Civilian Legal Form!*

The XM-10 incorporates the excellent design features of the AR-10/AR-15/M16 rifles with the high energy and long effective range of the 7.62 NATO round.

**FEATURES:**
- Gas Operated, Semi-Automatic Brown fiberglass grip, stock, forend.
- Integral grenade launcher Threaded for Blank - Fire attachment 20 Rd. magazine.
- Spring loaded dust cover
- Quickpin, hinged breakdown design
- Length-overall 41"
- Weight w/empty Mag 9½ Pds.
- Barrel length 21 3/8"
- Sight adjustment 100-500 M.

'Straight-Back' recoil design allows for minimal muzzle climb. This means your sights come back on target faster than any other 308 assault rifle, making a faster second shot.

No 'close-tolerance' dirt stoppage problems that have plagued the .223 AR-15 rifle. The XM-10 functions perfectly under adverse conditions.

'Natural Feel' and simple, practical design of the famous AR-15 allows for easy field stripping and cleaning.



The Semi-Auto XM-10 has a new manufacture lower receiver made from Aircraft grade aluminum. Thus weight is kept to a minimum without sacrificing strength, and allows an exact copy of the original. All other parts are original AR-10, made by Artillerie-Inrichtingen in Holland. Condition excellent. All external metal parts are refinished to match the original appearance. We can arrange for a manufacturer to convert an XM-10 to non-restricted full auto for qualified buyers. Supply is very limited - this rifle is destined to become an excellent investment.

**RPLUS AMMUNITION!** We also distribute ll line of military surplus ammunition at reasone prices. A variety of assault rifles, magazines, accessories are available. Our stock changes dly. Send $3.00 (refundable on purchase) for an rmative assault rifle brochure and complete e list.



**paragon**
SALES & SERVICES INC.
P.O. Box 2022 • Joliet, IL 60434 • (815) 725-9212