ZACHARY J. PEKELIS, WSBA #44557
KAI A. SMITH, WSBA #54749
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1700

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AMANDA BANTA, *et al.*,

    Plaintiffs,

v.

ROBERT W. FERGUSON, *et al.*,

    Defendants,

and

ALLIANCE FOR GUN RESPONSIBILITY,

    Intervenor-Defendant.

No. 2:23-cv-00112-MKD

DECLARATION OF ZACHARY J. PEKELIS IN SUPPORT OF INTERVENOR-DEFENDANT ALLIANCE FOR GUN RESPONSIBILITY'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**NOTED ON MOTION CALENDAR:**
July 26, 2023

I, Zachary J. Pekelis, declare as follows:

1. I am a partner at Pacifica Law Group LLP, and one of the attorneys representing Intervenor-Defendant Alliance for Gun Responsibility (the Alliance).

DECLARATION OF ZACHARY J. PEKELIS IN
SUPPORT OF INTERVENOR-DEFENDANT'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 2:23-cv-00112-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

I am over the age of eighteen, competent to testify, and make this declaration based on my personal knowledge.

2. Attached as Exhibit A is a true and correct copy of the Expert Report of Professor Kevin Sweeney, prepared for the Alliance in *Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE (W.D. Wash.). I also represent the Alliance in that case, in which it intervened as a defendant.

3. Attached as Exhibit B is a true and correct copy of the Expert Report of Professor Brian DeLay, prepared for the Alliance in *Sullivan, supra* ¶ 2.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this 1st day of June, 2023 at Seattle, Washington.

_____
Zachary J. Pekelis

DECLARATION OF ZACHARY J. PEKELIS IN
SUPPORT OF INTERVENOR-DEFENDANT'S
RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION
Case No. 2:23-cv-00112-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750