1  Kristin Beneski, WSBA #45478
   *First Assistant Attorney General*
2  Andrew R.W. Hughes, WSBA #49515
   R. July Simpson, WSBA #45869
3  William McGinty, WSBA #41868
   *Assistant Attorneys General*
4  Washington Attorney General's Office
   800 Fifth Avenue, Suite 2000
5  Seattle, WA 98104
   (206) 464-7744
6

7                                                    The Honorable Mary K. Dimke

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF WASHINGTON**
                       **AT SPOKANE**

9  AMANDA BANTA, et al.,              NO. 2:23-cv-00112-MKD

10              Plaintiffs,            STATE DEFENDANTS'
                                       STATEMENT OF
11     v.                              SUPPLEMENTAL
                                       AUTHORITY IN
12 ROBERT W. FERGUSON,                 OPPOSITION TO
   Attorney General of the State of   PLAINTIFFS' MOTION FOR
13 Washington, et al.,                 PRELIMINARY INJUNCTION

14              Defendants.

15     State Defendants Robert W. Ferguson and John R. Batiste hereby submit

16 the following supplemental authority to their Opposition to Motion for

17 Preliminary Injunction, ECF No. 30, filed June 1, 2023. A copy of the below-

18 referenced Order is attached herewith as Exhibit A.

19

20

STATEMENT OF SUPPLEMENTAL AUTHORITY
NO. 2:23-CV-00112
                        1
ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    -    Order Denying Motion for Preliminary Injunction, *Hartford v. Ferguson*,

2    No. 3:23-cv-05364-RJB (W.D. Wash. June 6, 2023) ECF No. 55.

4        RESPECTFULLY SUBMITTED this 6th day of June, 2023.

ROBERT W. FERGUSON
Attorney General

*s/ William McGinty*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
*Attorneys for State Defendants*

STATEMENT OF SUPPLEMENTAL AUTHORITY
NO. 2:23-CV-00112

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 15th day of June 2023, at Olympia, Washington.

*/s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

STATEMENT OF SUPPLEMENTAL AUTHORITY
NO. 2:23-CV-00112

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744