1  ZACHARY J. PEKELIS, WSBA #44557
2  KAI A. SMITH, WSBA #54749
   MEHA GOYAL, WSBA #56058
3  PACIFICA LAW GROUP LLP
   1191 2nd Avenue, Suite 2000
4  Seattle, WA  98101-3404
   (206) 245-1700
5

6

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF WASHINGTON
9

10  AMANDA BANTA, *et al.*,                    No.  2:23-cv-00112-MKD

11                    Plaintiffs,

12  v.                                         NOTICE OF APPEARANCE
                                               FOR INTERVENOR-
13                                             DEFENDANT ALLIANCE FOR
    ROBERT J. FERGUSON, *et al.*,              GUN RESPONSIBILITY
14

15                    Defendants

16  and

17  ALLIANCE FOR GUN
    RESPONSIBILITY
18

19                    Intervenor-Defendant.

20

21         TO: CLERK OF THE COURT

22         AND TO: All Parties of Record

24         PLEASE TAKE NOTICE that Meha Goyal hereby enters her appearance on

25  behalf of Intervenor-Defendant Alliance for Gun Responsibility ("Alliance") and

NOTICE OF APPEARANCE
Case No. 2:23-cv-00112-MKD - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

joins Zach Pekelis and Kai Smith as counsel of record for the Alliance. You are hereby notified that service of all further pleadings, notices, documents or other papers, exclusive of process, may be had upon the Alliance by serving the undersigned attorney of record at the address stated below.

DATED this 18th day of July, 2023.

PACIFICA LAW GROUP LLP

By: *s/ Meha Goyal*
Meha Goyal, WSBA # 56058

*Attorney for Intervenor-Defendant*
*Alliance for Gun Responsibility*

NOTICE OF APPEARANCE
Case No. 2:23-cv-00112-MKD - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

## CERTIFICATE OF SERVICE

On the 18th day of July, 2023, I caused to be served, via ECF electronic service, a true copy of the foregoing Notice of Appearance upon all counsel registered for e-service.

DATED this 18th day of July, 2023.

                                          */s/ Erica Knerr*
                                            Erica Knerr

NOTICE OF APPEARANCE
Case No. 2:23-cv-00112-MKD - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750