Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104-1001
Ph: (206) 625-8600

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC., THE RANGE, LLC, AERO PRECISION, LLC, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ROBERT W. FERGUSON, ATTORNEY GENERAL OF THE STATE OF WASHINGTON; and JOHN R. BATISTE, CHIEF OF THE WASHINGTON STATE PATROL, <br><br>Defendants. | No. 2:23-cv-00112-MKD <br><br>PLAINTIFFS' STATEMENT OF ADDITIONAL AUTHORITY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

Plaintiffs Amanda Banta, Sharp Shooting Indoor Range & Gun Shop, Inc., The Range, LLC, Aero Precision, LLC, and National Shooting Sports Foundation, Inc. ("Plaintiffs") hereby submit the following supplemental authority to Plaintiffs'

PLAINTIFFS' STATEMENT OF
ADDITIONAL AUTHORITY - 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  Motion for Preliminary Injunction, ECF No. 16, filed May 4, 2023.  A copy of the
2  below-referenced Opinion is attached as Exhibit A.  Correspondence to The
3  Honorable Mary K. Dimke, which states the reasons for the supplemental citation
4  and pincites to the briefing and to the Opinion, is attached as Exhibit B.
5
6
7  Published Opinion, *Teter v. Lopez*, No. 20-15948 (9th Cir. Aug. 7, 2023).
8
9  DATED this 8th day of August, 2023.

CORR CRONIN LLP

*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
Ph: (206) 625-8600 | Fax: (206) 625-0900
sfogg@corrcronin.com

Paul D. Clement, admitted *pro hac vice*
Erin E. Murphy, admitted *pro hac vice*
Matthew D. Rowen, admitted *pro hac vice*
Mariel A. Brookins, admitted *pro hac vice*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
Ph: (202) 742-8900
paul.clement@clementmurphy.com
erin.murphy@clementmurphy.com
matthew.rowen@clementmurphy.com
mariel.brookins@clementmurphy.com

*Attorneys for Plaintiffs*

PLAINTIFFS' STATEMENT OF
ADDITIONAL AUTHORITY - 2

# **CERTIFICATE OF SERVICE**

    I hereby certify that on (Date), I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

DATED at Seattle, Washington on 8th day of August, 2023.

                                 *s/ Megan Johnston*
                                 Megan Johnston, Legal Assistant
                                 Corr Cronin LLP
                                 1015 Second Avenue, 10th Floor
                                 Seattle, WA 98104
                                 Phone: (206) 625-8600
                                 Email: mjohnston@corrcronin.com

PLAINTIFFS' STATEMENT OF
ADDITIONAL AUTHORITY - 3

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900