1  KRISTIN BENESKI, WSBA #45478
   *First Assistant Attorney General*
2  ANDREW R.W. HUGHES, WSBA #49515
   R. JULY SIMPSON, WSBA #45869
3  WILLIAM MCGINTY, WSBA #41868
   *Assistant Attorneys General*
4  Washington Attorney General's Office
   800 Fifth Avenue, Suite 2000
5  Seattle, WA 98104
   (206) 464-7744
6
                                              The Honorable Mary K. Dimke
7
   **UNITED STATES DISTRICT COURT**
8  **EASTERN DISTRICT OF WASHINGTON**
   **AT SPOKANE**
9

10 AMANDA BANTA, et al.,                     NO. 2:23-cv-00112-MKD

11         Plaintiffs,                       STATE DEFENDANTS'
                                             MOTION FOR LEAVE TO
12     v.                                    FILE SURREPLY TO
                                             PLAINTIFFS'
13 ROBERT W. FERGUSON, Attorney              SUPPLEMENTAL REPLY
   General of the State of Washington, et
14 al.,

15         Defendants,

16 ALLIANCE FOR GUN
   RESPONSIBILITY,
17
           Defendant-Intervenor.
18

19

20

21

22

## I.   INTRODUCTION AND RELIEF REQUESTED

Defendants Robert W. Ferguson and John R. Batiste (the State Defendants) request leave to file a surreply to respond to new arguments raised in Plaintiffs' August 8, 2023 letter to this Court, ECF No. 42-2. That letter is effectively a supplemental reply in support of Plaintiff's Motion for Preliminary Injunction, and the State requests an opportunity to respond for the sake of fairness and to correct certain errors in Plaintiffs' letter.

## II.   ARGUMENT

Plaintiffs' August 8, 2023, letter to this Court is effectively an improper supplemental reply filed without leave of the court; Plaintiffs did not merely submit notice of supplemental authority, but also offered argument without leave to do so. *See generally* LCivR 7 (providing for a motion, response, and reply, but not a surreply); *see, e.g.*, *Miller v. Boilermaker-Blacksmith Nat'l Pension Tr.*, No. 2:20-CV-317-RMP, 2021 WL 6246625, at *2 (E.D. Wash. May 20, 2021) (when a party presents new argument after filing its substantive brief, it is "simply a matter of fairness" for the Court to either decline to consider the new material or grant "leave . . . to file a sur-reply"); *Eslick v. Washington*, No. 2:21-CV-0282-TOR, 2021 WL 6063221, at *7 (E.D. Wash. Dec. 22, 2021), *reconsideration denied*, No. 2:21-CV-0282-TOR, 2022 WL 71786 (E.D. Wash. Jan. 6, 2022) ("Generally, . . . no supplemental response or supplemental replies to any motion may be filed unless the Court grants a motion to file such

STATE DEFENDANTS' MOTION TO FILE
SURREPLY TO PLAINTIFFS'
SUPPLEMENTAL REPLY
NO. 2:23-cv-00112-MKD

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

documents"; reminding party that "Local Rule 7 . . . provides for one response memorandum for each motion"); *cf., e.g.*, *Hagens Berman Sobol Shapiro LLP v. Rubinstein*, No. C09-0894 RSM, 2009 WL 3459741, at *1 (W.D. Wash. Oct. 22, 2009) (striking surreply that improperly contained argument regarding supplemental authority, under Western District of Washington's rules). Here, to avoid undue prejudice, the State Defendants respectfully seek leave to submit the proposed response attached hereto to address the substantive arguments made in Plaintiffs' supplemental reply. In the alternative, the State moves to strike Plaintiffs' improper supplemental reply.

### III.  CONCLUSION

This Court should grant State Defendants the opportunity to file the Surreply attached hereto.

RESPECTFULLY SUBMITTED this 10th day of August 2023.

ROBERT W. FERGUSON
Attorney General

*/s/ Andrew Hughes*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
*Counsel for State Defendants*

STATE DEFENDANTS' MOTION TO FILE
SURREPLY TO PLAINTIFFS'
SUPPLEMENTAL REPLY
NO. 2:23-cv-00112-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 10th day of August 2023, at Seattle, Washington.

/s/ Andrew Hughes
ANDREW HUGHES, WSBA #49515
Assistant Attorney General

STATE DEFENDANTS' MOTION TO FILE SURREPLY TO PLAINTIFFS' SUPPLEMENTAL REPLY
NO. 2:23-cv-00112-MKD

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744