1  KRISTIN BENESKI, WSBA #45478
   *First Assistant Attorney General*
2  ANDREW R.W. HUGHES, WSBA #49515
   R. JULY SIMPSON, WSBA #45869
3  WILLIAM MCGINTY, WSBA #41868
   *Assistant Attorneys General*
4  Washington Attorney General's Office
   800 Fifth Avenue, Suite 2000
5  Seattle, WA 98104
   (206) 464-7744
6
                                          The Honorable Mary K. Dimke
7
                  **UNITED STATES DISTRICT COURT**
8                 **EASTERN DISTRICT OF WASHINGTON**
                            **AT SPOKANE**
9
10 AMANDA BANTA, et al.,                  NO. 2:23-cv-00112-MKD

11         Plaintiffs,                    ORDER GRANTING STATE
                                          DEFENDANTS' MOTION
12     v.                                 FOR LEAVE TO FILE SUR-
                                          REPLY TO PLAINTIFFS'
13 ROBERT W. FERGUSON, Attorney           SUPPLEMENTAL REPLY
   General of the State of Washington, et [PROPOSED]
14 al.,

15         Defendants,

16 ALLIANCE FOR GUN
   RESPONSIBILITY,
17
           Defendant-Intervenor.
18

19

20

21

22

ORDER GRANTING MOTION FOR           1         ATTORNEY GENERAL OF WASHINGTON
LEAVE TO FILE                                        Complex Litigation Division
SUR-REPLY[PROPOSED]                                  800 Fifth Avenue, Suite 2000
NO. 1:23-cv-03070-SAB                                  Seattle, WA 98104-3188
                                                         (206) 464-7744

1    The Court, having considered the Motion for Leave to File Sur-Reply, and
2    the entire record, hereby **ORDERS** as follows:
3        1.    The Motion for Leave to File Sur-Reply is GRANTED.
4        IT IS SO ORDERED.
5        DATED this _____ day of _____ 2023.

_____
HON. MARY K. DIMKE
United States District Court Judge

Presented By:

ROBERT W. FERGUSON
Attorney General


*/s/ Andrew Hughes*
KRISTIN BENESKI, WSBA #45478
First Assistant Attorney General
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
Assistant Attorneys General
*Counsel for State Defendants*

ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY [PROPOSED]
NO. 1:23-cv-03070-SAB

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744