KRISTIN BENESKI, WSBA #45478
*First Assistant Attorney General*
ANDREW R.W. HUGHES, WSBA #49515
R. JULY SIMPSON, WSBA #45869
WILLIAM MCGINTY, WSBA #41868
*Assistant Attorneys General*
Washington Attorney General's Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

The Honorable Mary K. Dimke

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| AMANDA BANTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, et al., <br><br> Defendants, <br><br> ALLIANCE FOR GUN RESPONSIBILITY, <br><br> Defendant-Intervenor. | NO. 2:23-cv-00112-MKD <br><br> STATE DEFENDANTS' STATEMENT OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

State Defendants Robert W. Ferguson and John R. Batiste hereby submit the following supplemental authority to their Opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 30, filed June 1, 2023. A copy of the below-referenced Decision is attached herewith as Exhibit A.

STATEMENT OF SUPPLEMENTAL AUTHORITY
NO. 2:23-cv-00112-MKD

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  Decision on Plaintiffs' Motion for Preliminary Injunction, *National*
2  *Association for Gun Rights and Toni Flanigan v. Edward M. Lamont Jr.*,
3  No. 3:22-cv-01118-JBA (U.S. Dist. Ct. Connecticut August 3, 2023),
4  ECF No. 85.

5  RESPECTFULLY SUBMITTED this 11th day of August 2023.

6  ROBERT W. FERGUSON
   Attorney General
7

8  *s/ William McGinty*
   KRISTIN BENESKI, WSBA #45478
9  First Assistant Attorney General
   ANDREW R.W. HUGHES, WSBA #49515
10 R. JULY SIMPSON, WSBA #45869
   WILLIAM MCGINTY, WSBA #41868
11 Assistant Attorneys General
   *Attorneys for State Defendants*
12

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 11th day of August 2023, at Olympia, Washington.

/s/ William McGinty
WILLIAM MCGINTY, WSBA #41868
Assistant Attorney General

STATEMENT OF SUPPLEMENTAL AUTHORITY
NO. 2:23-cv-00112-MKD

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744