FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT W. FERGUSON, Attorney General of the State of Washington, et al., <br><br> Defendants. | No. 2:23-CV-00112-MKD <br><br> **ORDER STRIKING EXTRANEOUS BRIEFING** <br><br> **ECF Nos. 42, 43, 44** |

On August 8, 2023, Plaintiffs filed a Statement of Additional Authority in Support of Plaintiffs' Motion for Preliminary Injunction, ECF No. 42. Plaintiffs filed an opinion from *Teter, et al. v. Lopez, et al.*, No. 20-15948, dated August 7, 2023, ECF No. 42-1. Plaintiffs also attached a letter offering analysis on the decision's implication for this case. ECF No. 42-2. The State Defendants filed a Motion for Leave to File Surreply to Plaintiffs' Supplemental Reply, ECF No. 43. The State Defendants seek leave to respond to Plaintiffs' letter. ECF No. 43-2.

Plaintiffs did not seek leave to file a supplemental brief. Further, the Ninth Circuit panel has yet to deliver a mandate for the August 7, 2023 opinion in *Teter*,

ORDER - 1

No. 20-15948.  *See* Fed. R. App. P. 41.  The Court considers the opinion as non-binding persuasive authority until a mandate is issued.  The extraneous briefing is not appropriately before the Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The State Defendants' Motion for Leave to File Surreply to Plaintiffs' Supplemental Reply, **ECF No. 43**, is **DENIED.**

2. Plaintiffs' letter to the Court, **ECF No. 42-2**, is **STRICKEN.**

**IT IS SO ORDERED.**  The District Court Executive is directed to file this order and provide copies to the parties.

DATED August 14, 2023.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2