## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington, et al.,<br><br>                              Defendants. | Case No.   2:23-CV-0112-MKD<br><br>**CIVIL MINUTES**<br><br>DATE:   8/18/2023<br><br>LOCATION:   Spokane<br><br>**MOTION HEARING** |

**JUDGE MARY K. DIMKE**

| Linda Hansen | LC 02 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Matthew D Rowen / Steven Fogg | | Andrew W Hughes<br><br>Zachary Pekelis / Meha Goyal *for Intervenor Defendant Alliance for Gun Responsibility* | |
| **Plaintiffs' Counsel** | | **Defense Counsel** | |

[ X ] Open Court                    [  ] Chambers                    [  ] Video Conference

All parties are present in the courtroom. Motions before the Court:

**Plaintiffs' Motion for Preliminary Injunction, ECF No. 16**
    Mathew Rowen presented argument in support of Plaintiffs' motion.
    Andrew Hughes argued in opposition on behalf of the Defendants.
    Zachary Pekelis provided argument on behalf of Intervenor Defendant.
    Mr. Rowen argued in rebuttal.

The Court took the matter under advisement and will issue a written order.

| CONVENED:   10:02 AM | ADJOURNED:   11:44 AM | TIME:   1 HR/ 42 MINS | ORDER FORTHCOMING [ X ] |
|---|---|---|---|