FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMANDA BANTA; SHARP SHOOTING INDOOR RANGE & GUN SHOP, INC.; THE RANGE LLC; AERO PRECISION LLC; NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiffs,<br><br> v.<br><br>ROBERT W. FERGUSON, Attorney General of the State of Washington; JOHN R. BATISTE, Chief of the Washington State Patrol,<br><br>Defendants,<br><br>ALLIANCE FOR GUN RESPONSIBILITY,<br><br>Defendant-Intervenor. | No. 2:23-CV-00112-MKD<br><br>**ORDER OF RECUSAL** |

Pursuant to 28 U.S.C. § 455 and for reasons that are unnecessary to recite here, the undersigned deems it appropriate to recuse from any further proceedings in the above-captioned matter.

ORDER OF RECUSAL-- 1

Accordingly, **IT IS ORDERED** that this case be returned to the District Court Executive for random reassignment to another Judge in this district.

DATED January 17, 2025.

                               _s/ Mary K. Dimke_
                               Mary K. Dimke
                               United States District Judge